**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BANNUM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-639C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE NOTICE REGARDING ADR**

Defendant, the United States, respectfully requests an enlargement of time of 21 days, to and including December 22, 2006, to respond to the Court's November 21, 2006 Order requiring the parties to notify the Court of the identity of the ADR judge and the dates for the ADR proceeding. The defendant only received a copy of this Court's November 21 Order this morning and the parties have not yet agreed upon an ADR judge.

For these reasons, the defendant respectfully requests an enlargement of time of 21 days to respond to the Court's November 21, 2006 Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch

Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

December 1, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on December 1, 2006, a copy of the foregoing "MOTION FOR AN ENLARGEMENT OF TIME TO FILE NOTICE REGARDING ADR" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK