IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-639C

(Filed: December 5, 2006)

BANNUM, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion, filed December 1, 2006, seeking an enlargement of time within which to provide, pursuant to this court's order of November 21, 2006, information relating to alternative dispute resolution proceedings. The government requests an enlargement to and including December 22, 2006. The government avers this extension is necessary because the government's receipt of this court's order of November 21, 2006, was delayed and the parties have not yet agreed upon a judge to conduct the ADR proceedings.

For good cause shown, the government's motion for enlargement is GRANTED. The parties shall inform the court on or before December 22, 2006, of the name of the Board of Contract Appeals judge before whom the ADR proceedings will take place and the date on which such proceedings will commence.

It is so ORDERED.

s/ Charles F. Lettow
Judge