**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BANNUM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-639C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE STATUS REPORT AND DEFENDANT'S STATUS REPORT**

I. Motion For Leave To File Status Report

In its order dated November 21, 2006, the Court ordered the parties to file a joint status report within 30 days of the completion of the alternative dispute resolution ("ADR") proceeding in which the parties intended to participate in an effort to resolve this case. That ADR took place on May 9-10, 2007, and the joint status report is therefore due on or before June 11, 2007. Counsel for both parties have attempted to jointly draft a status report; however, we have not been able to agree upon language satisfactory to both parties, and it has become apparent that we will not reach agreement before the June 11 filing deadline. The United States therefore respectfully requests that the Court grant it leave to file its own status report (and, concomitantly, permit the plaintiff to file its own status report).

II. Defendant's Status Report

1. The parties engaged in ADR proceedings on May 9 and 10, 2007, in Tampa, Florida, before Judge Richard Shackleford of the Armed Services Board of Contract Appeals. The parties' efforts to resolve this case during the ADR were unsuccessful.

2. The defendant believes that no further discovery is necessary in this case. The parties have exchanged documents, and the defendant does not require any depositions.

3. The defendant requests a briefing schedule for dispositive motions, as all of the unresolved claims stated in the plaintiff's second amended complaint are ripe for decision upon summary judgment. Because more than 10 outstanding, independent claims remain unresolved in this case, the defendant anticipates that its motion may exceed the page limits contained in RCFC 5.2(b)(1), and further anticipates that the documentary support for its motion will require the defendant to prepare a substantial appendix. To allow adequate time to prepare its motion papers and appendix, the defendant requests that its opening summary judgment brief be due on or after Monday, July 30, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

June 7, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on June 7, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE STATUS REPORT AND DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak
DEVIN A. WOLAK