IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BANNUM, INCORPORATED,

Plaintiff,

vs.

UNITED STATES,

Defendant.

No.01-639C

Judge Lettow

**PLAINTIFF'S MOTION FOR LEAVE TO FILE STATUS REPORT AND PLAINTIFF'S STATUS REPORT**

I. Motion for Leave to File Status Report:

On November 21, 2006, this Court entered an order pursuant to a joint motion filed by the parties to stay discovery pending conclusion of ADR proceedings. This Court also ordered the parties to file a joint status report within thirty (30) days of conclusion of the ADR proceeding. The parties participated in ADR on May 9 & 10, 2007.

The parties have attempted over the past couple of weeks to agree on a joint status report in accordance with the Court's Order. Despite these efforts, counsel for defendant could not obtain approval for the draft joint status report complete by the parties late last week. As such, plaintiff respectfully requests that the Court grant it leave to file the status report contained herein.

II. Plaintiff's Status Report:

1. An ADR proceeding was held in Tampa, Florida on May 9-10, 2007 before the designated ASBCA Judge. No issues in the case were resolved.

2. It is Plaintiff's contention that this case was originally filed in 2001, and defendant has gone through numerous attorneys, each of which has taken inordinate amounts of time to be brought up to speed on this case, only to withdraw without any further progress toward resolution. The plaintiff can name at least five (5) different DOJ attorneys that have been assigned to this case, with one of those attorneys having been assigned at two (2) different times. It seems very clear that the DOJ has no interest in settling this case, and that the ADR process was another waste of time and resources. As such, Bannum hereby reserves its rights to seek, under a protective order if necessary, breach damages with respect to the ADR.

3. It is the Plaintiff's contention that there has been ample and sufficient time for the defendant to complete discovery, including a notice to admit which was served with an extension being granted. The deadline for the notice to admit was missed by defendant well in advance of the order to stay the case. While the defendant has served a response to request for admissions, it is wholly inadequate and will be the subject of a motion seeking the Court's determination regarding the sufficiency of defendant's responses. In addition, the parties have had significant time to complete depositions, yet defendant has instead actively chosen not do so, with each successive DOJ attorney electing to delay rather than progress the case. Document discovery has been requested by both parties and documents have been exchanged. In addition, defendant has had ample time and opportunity to file a dispositive motion.

4. It is the Plaintiff's contention that it is now time to conclude this long outstanding matter without further delay and plaintiff request a date for trial as soon as practicable.

WHEREFORE, plaintiff respectfully requests that the Court GRANTS the instant motion and file plaintiff's status report.

Dated: June 8, 2007 Respectfully submitted,

/s/ Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
Camardo Law Firm, P. C.
127 Genesee Street
Auburn, NY 13021
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2007, a copy of Plaintiff's Motion for Leave to File Status Report and Plaintiff's Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.