IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-639C

(Filed: June 11, 2007)

| | |
|---|---|
| BANNUM, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court are the government's motion, filed June 7, 2007, seeking leave to file a status report and plaintiff's motion, filed June 8, 2007, also seeking leave to file a status report. Pursuant to the Order of November 21, 2006, the parties were to file a joint status report ("JSR") within 30 days of the conclusion of alternative dispute resolution proceedings. Those proceedings concluded May 10, 2007, but the government and plaintiff indicate that they have been unable to agree on language for the JSR, and each party requests leave to file a separate status report.

For good cause shown, the government's motion and plaintiff's motion are GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge