IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-639C

(Filed: June 22, 2007)

| | |
|---|---|
| BANNUM, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The stay entered on this case by this court's order of November 21, 2006, is LIFTED.

A status conference shall be held by telephonic means on July 13, 2007, at 2:00 p.m. EDT. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge