IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-639C

(Filed: July 13, 2007)

BANNUM, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The government is permitted to seek summary judgment on any two of the remaining ten counts of Bannum's complaint, but only regarding two such counts. Briefing of a motion to that effect should proceed on the following schedule:

| | Date |
|---|---|
| Defendant's motion for summary judgment | August 17, 2007 |
| Plaintiff's response, which may include a cross-motion for summary judgment | September 21, 2007 |
| Defendant's reply | October 5, 2007 |

A hearing on the motion for summary judgment shall be held on October 17, 2007, commencing at 10:00 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Judge