**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BANNUM, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-639C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED**
**MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of five days (or three business days), to and including August 22, 2007, within which to file its forthcoming motion for summary judgment. Pursuant to the Court's July 13, 2007 scheduling order, our motion for summary judgment is now due on August 17, 2007. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he will not oppose this request for an enlargement of time.

In addition to our requested enlargement, we also request, at the behest of the plaintiff, a corresponding enlargement of five days for the filing of the plaintiff's response to our motion, to and including September 26, 2007. So that these requests do not disrupt the Court's ultimate schedule, we intend to file our reply brief on its current due-date, October 5, 2007.

We request this enlargement of time because agency counsel, who has been heavily involved in the defense of this action and the preparation of our forthcoming motion, was, this past Monday, unexpectedly called away from work to attend to a family matter out of town. Defendant's counsel and agency counsel made arrangements so that agency counsel's absence during this final week before our filing would not interfere with our ability to file our motion in accordance with the Court's July 13 order. However, those plans have proven ineffective, and there remain matters which require agency counsel's attention prior to filing, but he is unable to attend to them due to his absence.

We anticipate that extending the filing deadline by five days will allow adequate time for agency counsel to address the issues that require his attention so that we may complete and file

our motion. We apologize to the Court and to the plaintiff for any inconvenience this motion presents; we were very hopeful that we would not have to make this request. Finally, if we are able to complete our motion prior to August 22, 2007, we will file it earlier.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

August 17, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on August 17, 2007, a copy of the foregoing “DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak
DEVIN A. WOLAK