IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-639C

(Filed: August 20, 2007)

BANNUM, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's unopposed motion, filed August 17, 2007, requesting additional time to file its motion for summary judgment. The government avers that this extension will accommodate agency counsel who was unexpectedly called away out of town to attend to a family matter.

The government's motion is GRANTED. The schedule set forth in this court's Order of July 13, 2007, shall be modified as follows:

| | Previous deadline | Modified deadline |
|---|---|---|
| Defendant's motion for summary judgment | August 17, 2007 | August 22, 2007 |
| Plaintiff's response, which may include a cross-motion for summary judgment | September 21, 2007 | September 26, 2007 |

The time for filing of the government's reply and for the hearing on the motion for summary judgment shall be unchanged.

It is so ORDERED.

s/ Charles F. Lettow
Judge