IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-639C

(Filed: August 23, 2007)

BANNUM, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's unopposed motion, filed August 22, 2007, requesting additional time to file its motion for summary judgment. The government avers that this extension is necessitated by its counsel's obligations in other matters.

The government's motion is GRANTED. The schedule set forth in this court's Order of July 13, 2007, modified previously on August 20, 2007, shall be further modified as follows:

| | Previous deadline | Modified deadline |
|---|---|---|
| Defendant's motion for summary judgment | August 22, 2007 | August 27, 2007 |
| Plaintiff's response, which may include a cross-motion for summary judgment | September 26, 2007 | October 1, 2007 |
| Defendant's reply | October 5, 2007 | October 9, 2007 |

The time for the hearing on the motion for summary judgment shall be unchanged.

It is so ORDERED.

s/ Charles F. Lettow
Judge