**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BANNUM, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-639C<br>(Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of two days, to and including August 29, 2007, within which to file its forthcoming motion for summary judgment. Our motion for summary judgment is now due on August 27, 2007. This is our third request for an enlargement of time for this purpose; the Court granted our previous requests for a total of ten days. We have attempted to contact plaintiff's counsel to request the plaintiff's position on this motion, but we have not been able to contact him.

Because we have requested parallel enlargements for the plaintiff in our earlier motions, and we assume that the plaintiff would require the same upon this motion, we also request an enlargement of two days, to and including October 3, 2007, for the plaintiff to file its response. We do not oppose this request, nor do we do not ask that our reply date (October 9, 2007) or the argument date (October 17, 2007) be adjusted.

In our last motion to enlarge, we informed the Court that defendant's counsel had recently been assigned to work on a the bid protest, HWA, Inc. v. United States, Fed. Cl. 07-615, and that a motion to compel had been filed against the United States in another of defendant's counsel's cases, Stovall v. United States, Fed. Cl. 05-400. Defendant's counsel represented that he anticipated a reprieve from activity on those two cases during the end of last week, which would have allowed him to finish and file the motion for summary judgment in this case. He was mistaken about the Stovall matter. The plaintiff in Stovall requested, and was granted, an expedited briefing and argument schedule on his motion to compel (our response was due the day after the plaintiff filed his motion, and the argument is scheduled for today). This schedule

required defendant's counsel to work on a twenty-page response to the motion to compel through 1:00 a.m. Friday morning before he could devote his attention to this case. Despite his best efforts, defendant's counsel was not able to submit the final version of the motion for summary judgment for review until today, and, pursuant to Department of Justice review policy and the reviewers' schedules, it cannot be reviewed in time to meet today's filing deadline.

Accordingly, we anticipate that extending the filing deadline by two days will allow adequate time to complete and file our motion.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

August 27, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on August 27, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak
DEVIN A. WOLAK