IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BANNUM, INCORPORATED,

Plaintiff, No.01-639C

vs. Judge Lettow

UNITED STATES,

Defendant.

**PLAINTIFF'S OPPOSITION**
**TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

On August 27, 2007, Defendant filed a motion for an enlargement of time to file its motion for summary judgment. In its motion, defendant is asking the Court to extend the time for its submission until August 29, 2007. As noted in the motion, this is the third request for an enlargement by Defendant for this purpose. For the reasons stated herein, plaintiff opposes this and any further motion for enlargement of time by defendant.

On July 13. 2007, the Court held a telephone conference with the parties to discuss the status of the case. During the call, the Court asked Defendant how much time it would need to file its motion for summary judgment on two counts in the complaint. Defendant agreed that it would have its motion filed by no later than August 17, 2007. Since then, Defendant has filed three motions asking for additional time to file its motion. As the Court is aware, plaintiff has been subjected to constant and repeated delays throughout this case by the BOP. This case was originally filed in 2001, yet the BOP has managed to delay the proceedings, through lack of cooperation in discovery and dilatory motion practice. These delays have done a great injustice to plaintiff and its case, as well as to this Court. As a result of this these latest delays, plaintiff's

counsel will lose time it can spend on its opposition, and conferring with plaintiff, as it will be received right up against a holiday weekend.

For these reasons, plaintiff opposes any further delays in this case.

Dated: August 28, 2007

/s/ Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
Camardo Law Firm, P.C.
127 Genesee Street
Auburn, New York 13021
Tel: (315) 252-3846
Fax: (315) 252-3508

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on August 28, 2007, I caused to be served by United States Mail (First Class, postage prepaid) a copy of the foregoing, addressed to:

Devin Wolak
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, DC 20530

/s/ Sandy Oltz
Sandra Oltz