IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-639C

(Filed: August 28, 2007)

BANNUM, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion for an Enlargement of Time to file its motion for summary judgment, filed on August 27, 2007. Defendant requests an enlargement of two days, to and including August 29, 2007, within which to file its motion, which was originally due on August 27, 2007. Defendant also requests an enlargement of two days, to and including October 3, 2007, for the plaintiff to file its response.

Good cause having been established, defendant's motion is GRANTED. Defendant shall file its motion for summary judgment on or before August 29, 2007. Plaintiff shall file its response on or before October 3, 2007. Although the defendant has not asked for an enlargement of time concerning its reply, the court also adjusts the due date of the defendant's reply from October 9, 2007 to October 11, 2007.

A hearing shall be held on October 17, 2007, as previously scheduled.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge