IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BANNUM, INCORPORATED,

Plaintiff, No.01-639C

vs. Judge Lettow

UNITED STATES,

Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), plaintiff respectfully requests an enlargement of time of twelve (12) days, to and including October 15, 2007, within which to file its opposition to defendant's motion for partial summary judgment. Pursuant to the Court's scheduling order, plaintiff's opposition is presently due to be filed by October 3, 2007. However, for the reasons discussed herein, plaintiff is in need of additional time to meet with counsel, formulate, and file its opposition. This is plaintiff's first request for an extension of time for this purpose.

As the Court is aware, a telephonic status conference was held with the parties on July 13, 2007, during which the Court ordered that defendant file its partial motion for summary judgment by August 17, 2007, defendant file its opposition, and cross-motion, if any, by September 21, 2007, and defendant its reply by October 5, 2007. The Court also set oral argument on the motion(s) for October 17, 2007 at 10:00 a.m.

Following the conference, defendant filed three (3) motions for enlargements of time on August 17, August 22, and August 27, 2007. The Court granted all three motions (the last of which was opposed), and in so doing extended defendant's time to file its motion until August 29, plaintiff is opposition and cross-motion, if any, until October 3, and defendant's reply by

October 11. Although the Court extended the time for defendant to file its motion, it left the oral argument for the motion(s) set for October 17.

Defendant filed its motion for partial summary judgment on August 29, 2007. Counsel for plaintiff has, since then, been working diligently on putting together its opposition to the motion. However, due to the recent illness of plaintiff's counsel, as well as other scheduling demands in the coming weeks, plaintiff will need additional time beyond the October 3, 2007 date to file its opposition. Plaintiff's counsel was scheduled to travel from New York to Florida during the week of September 10, 2007 to meet with plaintiff and work on its opposition. However, due to the illness of plaintiff's counsel, the meeting has to be rescheduled to the week of September 17, 2007. In addition, an associate attorney in the office of plaintiff's counsel will be out of the office the entire week of September 17, 2007. This has complicated matters for plaintiff's counsel since it has been forced to handle additional case responsibilities in his associate's absence.

As a result of the foregoing, plaintiff respectfully requests an enlargement of twelve (12) days, to and including October 15, 2007, within which to file its opposition and cross-motion, if any, to defendant's motion for summary judgment. The additional twelve (12) days is equal to the additional days defendant was granted by the Court to file its motion for partial summary judgment. Plaintiff anticipates that the additional time requested herein will allow adequate time for it to meet with counsel and draft and file its opposition.

In light of this request, plaintiff acknowledges that the Court may have to move the oral argument date from October 17 to a latter date. Plaintiff apologizes in advance to the Court for any inconvenience this presents, but is filing the motion out of absolute necessity. As the Court is aware, this case goes back several years and is a very document-intensive case. As such, in

order to oppose defendant's motion, plaintiff is being forced to review voluminous documentation and revisit events which occurred some time ago.

Counsel for defendant has been consulted regarding the relief requested herein and has indicated that he will not oppose this motion.

WHEREFORE, plaintiff respectfully requests that the Court GRANT the instant motion and enlarge the time for plaintiff to file its opposition and cross-motion, if any, to October 15, 2007. Obviously, so that defendant is not prejudiced by this enlargement of time, plaintiff also respectfully requests that the Court enlarge the time for defendant to file its reply from October 11 to October 23, 2007, or eight (8) days after plaintiff will have filed its opposition.

Dated: September 14, 2007

Respectfully submitted,

/s/ Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
Camardo Law Firm, P. C.
127 Genesee Street
Auburn, NY 13021
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2007, a copy of Plaintiff's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.