IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-639C

(Filed: September 24, 2007)

| | |
|---|---|
| BANNUM, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |

ORDER

Pending before the court is plaintiff's Unopposed Motion for Enlargement of Time to file its opposition and cross-motion, if any, to defendant's motion for partial summary judgment. Plaintiff's opposition is currently due on October 3, 2007, and plaintiff requests an extension of twelve days to and including October 15, 2007. Plaintiff also requests that the court enlarge the time for defendant to file its reply from October 11, 2007 to October 23, 2007. Oral argument is currently scheduled for October 17, 2007.

Good cause having been established, it is hereby **ORDERED** as follows:

1. Plaintiff's Unopposed Motion for Enlargement of Time is GRANTED. Plaintiff shall file its opposition on or before October 15, 2007. Defendant shall file its reply on or before October 23, 2007.

2. The court's Order of August 28, 2007 is amended to reflect that oral argument is rescheduled for October, 30, 2007 at 10:00 a.m.

s/ Charles F. Lettow
Judge