1

U.S. Department of Justice

Federal Bureau of Prisons

Community Corrections Office

*515 Rusk Avenue, Room 12024*
*Houston, Texas 77002*
*(713) 718-4781 Fax: (713) 718-4780*

DATE: November 7, 2000

TO: Gina Lane Mustain
Community Corrections Regional Administrator

THRU: Andrea Johnson, Assistant CCRA
THRU: Christopher M. Zepher, MCA

FROM: Charles W. Ala, Acting CCM

SUBJECT: Bannum Beaumont - 6ZL

During the Interim Monitoring at Bannum Beaumont, it was discovered the City Council in Beaumont approved a Catholic school for troubled youths. The school will be in the unoccupied section of the building now occupied by Bannum Place Beaumont. The Beaumont City Council approved the school to begin operation at the beginning of the school year(September) 2001. The City Council stated that it was agreed upon that Bannum Place Beaumont would vacate the premises prior to the beginning of the school year 2001. As of the writing of this memo Bannum Incorporated has not notified this office of any future move. This information was provided by Fire Chief Jack Maddox, Beaumont Fire Department.

I received a phone call from inmate Burris #04599-043, at Bannum Beaumont. He stated he was approached by a private detective by the name of Zach Shelton. Mr. Shelton stated he was working for Federal Judge Hartfield doing an investigation into Bannum Beaumont, Director Charles Hurley and Assistant Director Lynn Klausen(terminated). Burris also stated Mr. Shelton interviewed inmate Hall #61308-080(moved to 6ze Houston) and inmate Linscomb #24624-077. Burris stated he wasn't sure but he thinks Mr. Shelton interviewed Ms. Willmeretta Lowe, a counselor that was terminated.

Inmate Burris wouldn't give the specifics of the interview due to the fact he was told it was a confidential interview and he couldn't reveal the nature of the interview.