2

U.S. Department of Justice
Federal Bureau of Prisons
Community Corrections Office
515 Rusk Avenue, Room 12024
Houston, Texas 77002

December 18, 2000

MEMORANDUM FOR KATHY CAMPBELL, ASSISTANT COMMUNITY CORRECTIONS ADMINISTRATOR

THRU: ANDREA JOHNSON, ASSISTANT COMMUNITY CORRECTIONS ADMINISTRATOR

FROM: CHARLES W. ALA, CONTRACT OVERSIGHT SPECIALIST

SUBJECT: BANNUM BEAUMONT, J200C-336, 6ZL

This memo is in regards to a conversation I had with the owner of the building that is occupied by Bannum Incorporated at 1310 Pennsylvania Avenue, Beaumont, Texas. The owners name is John McCray. Mr. McCray informed me that Bannum has never had a lease to occupy the building.

Mr. McCray leased the building to Mr. Ken Webb. Mr. Webb sub-leased the building to Bannum on February 5, 1997. Mr. McCray stipulated in his lease with Mr. Webb, that Mr. Webb could not sub-lease the property. According to the copy of Bannum's lease in our contract file, David Lowry was aware that he was sub-leasing the property. Mr. McCray did not know the building was sub-leased until he got a letter from Lawyers representing Bannum regarding a leaking roof.

I spoke with Lee Wheeler from Foxworth Realty, Beaumont, Texas. Mr. Wheeler is the property manager for Mr. McCray. Mr. Wheeler explained to me that he has tried to deal with David Lowry for the past six months. He has offered a new lease to Mr. Lowry but Mr. Lowry refuses to sign another lease.

On December 11, 2000, a registered eviction letter was issued to Bannum Inc.

Bannum has thirty (30) days to vacate the premises. I have secured a copy of the letter and will fax it if needed.

Mr. John McCray
P.O. Box 1528
Alexandria, La. 71309
318-793-5641

Mr. Lee Wheeler
Foxworth Reality
Beaumont, Texas
409-892-7245

I will forward information as it comes available.

As an aside, should it become necessary, Cornell Corrections, Houston, Texas, can accommodate all Bannum Beaumont's population and can accommodate for all their programming needs, including home confinement in the Beaumont area.

County Commissioner says unwritten agreement that if the school goes in Bannum will have to vacate.