# 3

U.S. Department of Justice

Federal Bureau of Prisons

Community Corrections Office

*515 Rusk Avenue, Room 12024*
*Houston, Texas 77002*
*(713) 718-4781 Fax: (713) 718-4780*

December 19, 2000

MEMORANDUM FOR KATHRINA WASHINGTON, COMMUNITY CORRECTIONS CONTRACTING OFFICER, CENTRAL OFFICE

THRU: David J. Wollner, Community Corrections Administrator
Central Office

THRU: Gina Lane Mustain, Community Corrections Regional Administrator
South Central Regional Office

THRU: Andrea Johnson, Assistant Community Corrections Administrator

FROM: Benjamin R. Tousley /s/ Benjamin R. Tousley
Community Corrections Manager

SUBJECT: Cure Notice Bannum Place Beaumont
Contract #J200c-336(6ZL)

I am recommending a Cure Notice be issued to Bannum Incorporated for contract J200c-336, based on a conversation with the owner of the building located at 1310 Pennsylvania Avenue, Beaumont, Texas, John McCray. Bannum Beaumont has occupied this building location since the award date of the contract, November 1, 1997.

Mr. McCray stated that the building was erroneously sub-leased to Bannum Incorporated and that Bannum Incorporated has never had a valid lease agreement to occupy this building. The building was leased to Mr. Ken Webb with the provision that the building not be sub-leased. On February 5, 1997, David Lowry signed a lease sub-letting a portion of this building which is now occupied by Bannum Beaumont.

Upon learning of the sub-lease, Mr. McCray evicted all tenants except Bannum Beaumont. Approximately six months ago, Mr. McCray instructed his property manager, Lee Wheeler of Foxworth Reality, to offer Bannum a new lease. David Lowry refused to accept this new lease.

On December 11, 2000, Lee Wheeler sent a certified letter to David Lowry advising Bannum Incorporated they had thirty (30) days to vacate the premises.

A Cure Notice is warranted as Bannum Incorporated will not have a viable place of performance to provide the Statement of Work requirements in Beaumont, Texas, as outlined in contract J200c-336 between the BOP and Bannum Incorporated.

Attached are the copies of the certified letter, the lease agreement signed by David Lowry, and a memo to Kathleen A. Campbell, Community Corrections Assistant Administrator, dated December 18, 2000.

File - BT 12-21-00