4

1/12/01

Attn: Gina Mustain

From: Katharina Washington

Re: Beaumont

Please note Bannum, Inc. has an Injunction for the facility in Beaumont which is good until 3/1/01. Therefore, there is nothing to cure at this time.