# 5

**RESERVED**