7

Noted 3/29/99 B.

**From:** Leah T. Wilson
**To:** BOPDOM7.BOPCCM.CMY0001, BOPDOM7.BOPCCM.CMY0002
**Date:** Fri, Mar 26, 1999 5:46 AM
**Subject:** CONTRACT J200C-397, MONTGOMERY AL (BANNUM)

RE: PUBLIC TRANSPORTATION FINDING CITED IN MONITORING REPORT (MONITORING INSPECTION JAN 06-11, 1999)

David Lowry called me to ask what he should do about the finding. He says Bannum meets the SOW requirements for providing transportation to the inmates for employment purposes.

How are the inmates affected by the City's transportation? Is there any inmate who's not able to get to/from work because of the City's transportation system? If so, is this occurring regularly? Are any of the inmates complaining about the transportation?

We need to determine if the City's transportation system is a significant issue, impairing the inmates' ability to get to/from work on a regular basis. If it is, we'll have to work out a solution with Bannum, and that solution could possibly mean we'd have to pay Bannum something additional since there is in fact "transportation" provided by the City, within a mile of the facility - regardless of how regular/consistent it is.

I just want to make sure we look at how the inmates are affected. If the inmates are not regularly burdened with finding alternate ways to/from work, we may want to consider removing the finding.

Please let me know what you think. Also please indicate how/how may/how regularly the inmates are being adversely affected by the City's transportation.