8

U. S. Departme[nt] of Justice

Federal Bureau of Prisons

*Community Corrections Office*

*P.O. Box 171*
*U.S. Courthouse, Room B-18*
*15 Lee Street*
*Montgomery, AL 36101*

September 24, 1999

Charles Cox
Section Chief - Privatization Branch
Community Corrections and Detention Division
Federal Bureau of Prisons
320 First Street, NW
Washington, D.C. 20534

**RE: Transportation, Contract #J200c-397 (4XA), Montgomery, Alabama**

Dear Mr. Cox:

Enclosed is a Request for Contract Action for the above referenced facility. The reason for the request is for the Bureau of Prisons to consider paying additional funds to the contractor, for the purpose of providing transportation to the residents at the Community Corrections Center in Montgomery, Alabama.

The Statement of Work, Chapter 3, Page 16-A, states in its entirety "The facility shall be located within one mile of public transportation, or the contractor shall provide for transportation of residents for employment or program participation activities at no cost to the resident."

Additionally, the Statement of Work, Chapter 3, Page 16-C states in part "The facility shall be located in an area where the commuting time to the general area of work is ordinarily no more than one and one-half hours each way via public transit.

The contractor is presently meeting both requirements set forth in the Statement of Work. Public transportation (bus system) is provided by the city of Montgomery, Alabama. Buses run from 6:00 a.m. to 6:00 p.m. However, CCM staff in Montgomery, Alabama, as well as Atlanta, Georgia, have determined that the city's transportation system is inadequate. The transportation system impairs residents' ability to get to, and/or from work, as well as required program activities. This problem occurs on a regular and consistent basis, and limits inmates' ability to obtain employment. It should be noted that numerous attempts by CCM staff to resolve this issues have met with negative results.

The Bannum Incorporated facility in Montgomery, Alabama, is presently operating under the December 1992 Statement of Work, with all subsequent revisions, for Community Corrections Center Services. The latest revision was completed July of 1997. The contract was awarded October July 1, 1998. Performance begin on October 1, 1998 and will expire on September 30, 2003.

If we may be of further assistance, please contact us at (334) 223-7480.

Sincerely,

Larry E. Spencer
Community Corrections Manager