# 9

Melvin Anthony

ORIGINAL

PS 7300.09
3/12/98
Attachment 4-1, Page 1

RECEIVED OCT 8 1999 CONTRACT DEVELOPMENT AND ADMINISTRATION

REQUEST FOR CONTRACT ACTION (RCA)

(CO Use Only: ________________) RCA NO: 104 REP NO:
JM 10/22/99

1. Type of Action Requested (Check One):

a. New ( ) b. Replacement ( ) c. Contract Modification (X)

If New or Replacement is checked, identify the following:
Type of Services:
Location - City: Montgomery State: Alabama

County (s):
Statement of Work (SOW): Community Corrections Center, dated December 1992 with all subsequent revisions (Latest Revision July 1997)

SOW page changes attached: yes ( ) no (X)

If Modification is checked, complete the following:
Contractor Name: Bannum Incorporated
Contract Number: J200c-397
Location Code: 4XA

2. Justification and Explanation for this request: Public transportation (bus system) is provided by the city of Montgomery, Alabama. Buses run from 6:00 a.m. to 6:00 p.m. The CCM, COS and MCA have determined that the city's transportation system is inadequate. The transportation system impairs residents' ability to get to, and/or from work, as well as required program activities. This problem occurs on a regular and consistent basis, and limits residents' ability to obtain employment. Numerous attempts by CCM staff to resolve this issue have met with negative results. It should be noted that the contractor is presently meeting the requirements set forth in the Statement of Work regarding this concern.

3. Period services will be required: Present through 09-30-2003

4. Fiscal Data

a. Accounting Code: FP-03-00-09-T1-414-2506-N-08-0397

b. Estimated Inmate-days and Expenditures:

| Contract Periods (s) | | Inmate-days/Beds | Cost Estimate Per Capita (Inmate-day) | Cost Estimate Per Period (Total) |
|---|---|---|---|---|
| Base Period __-__-__ __-__-__ | through | M: / <br> F: __/__ | M: $ <br> F: $ | $ <br> $______ |
| | | Total: / | Total: | $ |

| Contract Period(s) | | Inmate-days/Beds | Cost Estimate Per Capita (Inmate-day) | Cost Estimate Per Period (Total) |
|---|---|---|---|---|
| Option Year #1 __-__-__ __-__-__ | through | M: / <br> F: ____/__ | M: $ <br> F: $ | $ <br> $______ |
| | | Total: / | Total: | $ |
| Option Year #2 __-__-__ __-__-__ | through | M: / <br> F: / | M: $ <br> F: $ | $ <br> $ |
| | | Total: | Total: | $ |
| Option Year #3 __-__-__ __-__-__ | through | M: / <br> F: / | M: $ <br> F: $ | $ <br> $ |
| | | Total: | Total: | $ |

5. Suggested Sources: Include complete address, contact person and telephone number for each source provided. NOTE: If this is a replacement requirement, asterisk the incumbent provider and include their Contract Number, Location, Per Diem rate and Expiration Date.

N/A

PS 7300.09
3/12/98
Attachment 4-1, Page 3

6. List all existing Bureau of Prisons contracts providing similar services within 50 miles of the location identified for this request. Include the contractor name, contract number, location code, per diem rate and expiration date for each contract listed:

N/A

7. For billing purposes, provide the Community Corrections Manager's name, mailing address and telephone number below:

Larry E. Spencer
Federal Bureau of Prisons
P.O. Box 171
Montgomery, Alabama 36101
(334) 223-7464

8. Requested, Reviewed, and Approved by: Date:

| | | |
|---|---|---|
| CCCOS: | [signature] | 09-24-99 |
| CCM: | Larry E. Spencer | 9-24-99 |
| MCA: | D. Zinkefoose | 10/4/99 |
| CCRA: | for D. Zinkefoose | 10/4/99 |
| CCAA: | [signature] | 10/18/99 |
| Received by CC Contracting Section | | |

## TRANSPORTATION ESTIMATE

MONTGOMERY - The Average Daily Population (ADP) from March 1999 through August 1999, (a 6 month period) was 29. On average, approximately 5 inmates assigned to the CCC have driving privileges. The remaining 24 inmates incur transportation problems getting to and from work, drug treatment, medical appointments, obtaining drivers licence, etc. Basically, they must ride with other inmates, seek work within walking distance, pay for a taxi, or get family members to shuttle them around.

Paying 15 cents a mile, and using 35 miles as the average one way trip, the cost was calculated as follows:

35 Miles
x .15 cents
$5.25
x 2 trips daily
$10.50
x 24 inmates
$252.00 per inmate, per day
x 30 days a month
$7,560.00 a month
x 12 months
$90,720.00

However, not every inmate would require an individual round trip. It is assumed that many inmates would be going to the same area or in the same general direction. Thus, several inmates would most likely be serviced on one trip by making deviations or side trips off the main route. Therefore, it is recommended the total figure be cut at least by 50%. This would provide a high end estimate of approximately $45,000.00.