# 10

2000 SEP 14 PM 3:18

PS 7300.09
3/12/98
Attachment 4-1, Page 1

**REQUEST FOR CONTRACT ACTION (RCA)**

(CO Use Only: RCA NO: 281 REP NO: 200-0637-SE )

1. Type of Action Requested (Check One):

a. New ( ) b. Replacement (X) c. Contract Modification ( )

If New or Replacement is checked, identify the following:
Type of Services: CCC Adult Services

Location - City: **Montgomery** State: **Alabama**
County (s): **Montgomery, Houston, Pike, Dale, Coffee & Geneva**

Statement of Work (SOW): **Community Corrections Center (CCC) 2000, as modified**

SOW page changes attached: **yes (X )** no ( )
**Modified copy of SOW provided on disk**

If Modification is checked, complete the following:
Contractor Name: **N/A**
Contract Number:
Location Code:

2. Justification and Explanation for this request: **Numerous attempts by the Bureau of Prisons (BOP) and Bannum Incorporated to resolve the ongoing transportation issue have failed. The BOP was willing to pay an additional cost for Bannum to provide the transportation, but Bannum's proposal was considered unreasonable. Therefore, the Bureau of Prisons has decided that it would be in the best interest of the government not to exercise Option Year Number Two of the existing contract, and solicit for a replacement contract for the Montgomery, Alabama area. Option Year number two is not scheduled to begin until October 1, 2001.**

Specifically, although there is a public transportation system in the Montgomery, Alabama area, it is deemed by the Montgomery CCM office to be inadequate, ineffective and unreliable, to provide transportation for offenders to seek employment, work, and participate in other required program activities. Since the inception of the contract which began on October 1, 1998, many offenders in the program have suffered due to the unreliable public transportation system.

They have missed out on viable job opportunities, been stranded at work, forced to work in the vicinity of the CCC facility and have walked to work during periods of inclement weather.

Residents have missed medical, dental and other appointments due to the unreliable public transportation system. They have had to return to the CCC facility using any means possible.

3. Period services will be required: 10/01/2001 thru 09/30/2006

Fiscal Data

a. Accounting Code: FP-03-00-T1-414-2506-N-08 YREGDOC# LK 2T110016

b. Estimated Inmate-days Expenditures:

| Contract Periods (s) | Inmate-days/Beds | Cost Estimate Per Capita (Inmate-day) | Cost Estimate Per Period (Total) |
|---|---|---|---|
| Base Period | | | |
| 10-01-2001 through | M: 18250 / 25 | M: $60.00 | $1,095,000.00 |
| 09-30-2003 | F: 3650 / 5 | F: $60.00 | $219,000.00 |
| Total: | 21900/ 30 | Total: | $1,314,000.00 |

| Contract Period(s) | Inmate-days/Beds | Cost Estimate Per Capita (Inmate-day) | Cost Estimate Per Period (Total) |
|---|---|---|---|
| Option Year #1 | | | |
| 10-01-2003 through | M: 9125 / 25 | M: $61.80 | $563,925.00 |
| 09-30-2004 | F: 1825 / 5 | F: $61.80 | $112,785.00 |
| Total: | 10950 / 30 | Total: | $676,710.00 |
| Option Year #2 | | | |
| 10-01-2004 through | M: 9125 / 25 | M: $63.65 | $ 580,806.25 |
| 09-30-2005 | F: 1825 / 5 | F: $63.65 | $ 116,161.25 |
| Total: | 10950 / 30 | Total: | $ 696,967.50 |
| Option Year #3 | | | |
| 10-01-2005 through | M: 9125 / 25 | M: $65.56 | $ 598,235.00 |
| 09-30-2006 | F: 1825 / 5 | F: $65.56 | $ 119,647.00 |
| Total: | 10950 / 30 | Total: | $ 717,882.00 |

3,405,559.50

5. Suggested Sources: Include complete address, contact person and telephone number for each source provided. NOTE: If this is a replacement requirement, asterisk the incumbent provider and include their Contract Number, Location, Per Diem rate and Expiration Date.

*Bannum Incorporated
1301 Seminole Blvd., Suite 126
Largo, Florida 33770
David Lowry
(727) 588-2594

Keeton Corrections Incorporated
804 8th Street Circle
P.O. Box 1317
Lynn Haven, Florida 32444
(850) 271-1092

Dismas Charities, Incorporated
425 W. Lee Street
Louisville, Kentucky 40208
Raymond Weis
(502) 636-2033

Cornell Companies
1700 West Loop South, Suite 500
Houston, Texas 77027
Tom Rathjen
(713) 235-9314

6. List all existing Bureau of Prisons contracts providing similar services within 50 miles of the location identified for this request. Include the contractor name, contract number, location code, per diem rate and expiration date for each contract listed:

None

7. For billing purposes, provide the Community Corrections Manager's name, mailing address and telephone number below:

**Helen Ramsdell, CCM**
**2350 Fairlane Drive, Suite 110**
**Montgomery, Alabama 36116**
**(334) 223-7478**

8. Requested, Reviewed, and Approved by: Date:

| | | |
|---|---|---|
| CCCOS: | [signature] | 09-03-00 |
| CCM: | [signature] | 9-5-00 |
| MCA: | [signature] | 9/1/00 |
| CCRA: | [signature] | 9/7/00 |
| CCAA: | [signature] | 9-16-00 |

Received by CC Contracting Section [signature]

# INMATE-DAYS USED DURING FY 2000 UNDER CURRENT CONTRACT FOR CCC IN MONTGOMERY, ALABAMA

| REGULAR INMATE-DAYS | | HOME CONFINEMENT INMATE-DAYS | |
|---|---|---|---|
| October 1999 - | 774 | October 1999 - | 67 |
| November 1999 - | 758 | November 1999 - | 64 |
| December 1999 - | 803 | December 2000 - | 39 |
| January 2000 - | 680 | January 2000 - | 94 |
| February 2000 - | 545 | February 2000 - | 118 |
| March 2000 - | 574 | March 2000 - | 132 |
| April 2000 - | 618 | April 2000 - | 56 |
| May 2000 - | 632 | May 2000 - | 2 |
| June 2000 - | 762 | June 2000 - | 34 |
| July 2000 - | 713 | July 2000 - | 40 |
| August 2000 - | 810 | August 2000 - | 34 |
| September 2000 - | 680 (projected) | September 2000 - | 40 |
| TOTAL = 8349 | | TOTAL = 720 | |
| DAILY AVERAGE = 23.19 | | DAILY AVERAGE = 2.00 | |

REGULAR BEDS DAILY AVERAGE = 23 residents
8349 divided by 12, divided by 30)

HOME CONFINEMENT BEDS DAILY AVERAGE = 2 residents
720 divided by 12, divided by 30)

APPENDIX A
INDIVIDUAL ACQUISIT: ?OR PROCUREMENTS IN EXCI 5,000. BUT LESS THAN $500,'

017-93 (4110)
January 14, 1993
Attachment 1, Page 1

**THIS FORM MUS. ... . TACHED TO REQUEST FOR PURCHASE**

INSTITUTION: CCO, Montgomery, AL  DEPARTMENT: Community Corr.

COST CENTER MANAGER
SIGNATURE: [signature]
HELEN RAMSDELL, CCM

PROGRAM PLANNING COORDINATOR
SIGNATURE: [signature]
CHERYL DENNINGS, CCRA

DESCRIPTION OF REQUIREMENT AND ITS PURPOSE: To provide adult Community Corrections Center services for male and female offenders who are from the Montgomery, Alabama and surrounding communities. Services will be provided under the 2000 Statement of Work as modified.

PERIOD THE SERVICES OR SUPPLIES WILL BE REQUESTED:

TOTAL CONTRACT LIFE: FROM: 10-01-2001 To: 09-30-2006

DISTRIBUTION OF ESTIMATED DOLLARS: (BASE AND FOUR OPTION YEARS (TOTAL OF 60 MONTHS) ARE MAXIMUM FOR ALL CONTRACTS EXCEPT UTILITIES)

FY 2002 $657,000.00 ;
FY 2003 $657,000.00 ;
FY 2004 $676,710.00 ;
FY 2005 $696,967.50 ;
FY 2006 $717,882.00 ; TOTAL AGGREGATE AMOUNT (EST) $3,405,559.50

ACTION TYPE: NEW CONTRACT ___ RENEWAL (OPTION) XXX MOD___

TYPE OF CONTRACT: FIXED QUANTITY___ ESTIMATED (REQUIREMENTS) XXX

MINIMUM/MAXIMUM (INDEFINITE QUANTITY)___________

SPECIFICATIONS: DETAILED SPECIFICATIONS ___ STATEMENT OF WORK XX

GENERIC ___ BRAND NAME OR EQUAL ___ SOLE SOURCE ___

TYPE: FUNCTIONAL/PERFORMANCE XX OR DESIGN ___

DATE COMPLETED REQUISITION PACKAGE DUE IN PROCUREMENT:___________

(SEE PARAGRAPH FIVE OF THIS OM TO DETERMINE REQUIRED DUE DATE)

PROCUREMENT

TRM 4101.03
Part 7, Attachment 7-B

3661.041 Individual Acquisition Planning CDFRM

MAR 99

FEDERAL BUREAU OF PRISONS

Name of Institution (or location): Department: DOJ/BOP/CCDD

(1) Description of Requirement and its Purpose (i.e., justification): Commercial ____ Non-Commercial XX
Community Corrections

(2) Distribution of Estimated Dollars

Base Period: FY 01-03 $ 1,314,000

Option Period 1: FY 03-04 $ 676,710

2: FY 04-05 $ 696,967.50

3: FY 05-06 $ 717,882

4: FY ____ $ ____

Total Estimated value of Contract: $ 3,405,557.50

(3) Estimated Contract Term:

This action: Fr: 10/1/01 To: 9/30/0[illegible]

Total Contract Life: Fr: 10/1/01 To: 9/30/0[illegible]

(4) Setasides:

Small Business: ____ Total ____ Partial

____ 8(a) ____ Other

(5) Action Type: XX Contract ____ Letter Contract ____ Letter Contract Definitization

____ Change Order & Supplemental Agreement ____ Other Bilateral Modification ____ Negotiated Task/Delivery ord

(6) Extent of Competition: XX Full and Open Competition

____ Other than Full and Open Competition: FAR ____________ Rationale: ____________

(7) Method/Type: ____ RFQ ____ Sealed Bid XX Competitive RFP ____ Noncompetitive RFP ____ Unsolicited Propos

____ Fixed Price ____ Cost ____ Time/Material or Labor/Hour ____ Indefinite Quantity ____ Requirements ____ B

(8) Specification: ____ Mission Need ____ Functional ____ Performance Incentives ____ Design ____ Compatibilit

____ Brand name or Equal ____ Specific make and model description XX Work statement

(9) Advance Information Data: Information required:

____ Justification for Other than Full and Open Competition ____ Market Research Data

XX Written Advance Procurement Plan (see BP-S662.041) ____ Advance Copy of Specification

____ Automated Information Systems (AIS) Pre-Acquisition Approval ____ Other

(10) Content of a Complete Requisition Package: XX Requisition XX Specification/work statement

____ Statement of Need XX Evaluation Factors ____ Justification for Other than Full and Open Competition

____ Approvals (See (12) below) ____ Other ____________

(11) Date Complete Requisition is Due in the Contracting Office: ____________

(12) Required Approvals (To be secured by the program office prior to submission of requisition to the Contracting Office)

| TYPE OF APPROVAL | AUTHORITY (FAR, DOJ Order, etc.) | APPROVAL ORGANIZATION |
|---|---|---|
| National Approval | Program Statement 7300.09 | BOP/CCDD/Community Corrections Administrator: Conrad Lopez, Acting |

(13) Required Preaward Leadtimes (Including any Complexity Factors) (To be specified by the Contracting Office and included with this form)

Signature of Chief of Contracting Office delegated Contracting Officer: Crystal D. Clayton Date: 11/19/02

Typed or Printed Name: Crystal D. Clayton Title: Contract Specialist

(This form may be replicated via WP) Previous Editions Obsolete

BOP27449

RCA
2000 STATEMENT OF WORK MODIFICATION SHEET
CCC MONTGOMERY, ALABAMA

1) Chapter 3 (Facility), Page 24, line 21, revised to read: The facility will be located within one mile of public transportation, or the contractor will provide transportation for offenders to seek employment, work, and participate in program activities and necessary medical treatment i.e. physicals, at no cost to the offender. The contractor will ensure the proper insurance policy is in effect to cover the transportation, if applicable. If at anytime during the contract the CCM determines the public transpcrtation system to be inadequate or ineffective, the contractor will provide offenders with transportation for work, program participation activities and necessary medical appointments at no cost to the offender. Additionally, staff will not use their personal automobile to transport offenders unless it is in an emergency.

INMATE-DAYS USED DURING FY 2000
UNDER CURRENT CONTRACT FOR
CCC IN MONTGOMERY, ALABAMA

| REGULAR INMATE-DAYS | | HOME CONFINEMENT INMATE-DAYS | |
|---|---|---|---|
| October 1999 - | 774 | October 1999 - | 67 |
| November 1999 - | 758 | November 1999 - | 64 |
| December 1999 - | 803 | December 2000 - | 39 |
| January 2000 - | 680 | January 2000 - | 94 |
| February 2000 - | 545 | February 2000 - | 118 |
| March 2000 - | 574 | March 2000 - | 132 |
| April 2000 - | 618 | April 2000 - | 56 |
| May 2000 - | 632 | May 2000 - | 2 |
| June 2000 - | 762 | June 2000 - | 34 |
| July 2000 - | 713 | July 2000 - | 40 |
| August 2000 - | 810 | August 2000 - | 34 |
| September 2000 - | 680 (projected) | September 2000 - | 40 |
| TOTAL = 8349 | | TOTAL = 720 | |
| DAILY AVERAGE = 23.19 | | DAILY AVERAGE = 2.00 | |

REGULAR BEDS DAILY AVERAGE = 23 residents
8349 divided by 12, divided by 30)

HOME CONFINEMENT BEDS DAILY AVERAGE = 2 residents
720 divided by 12, divided by 30)