# 11

**From:** Melvin Gardner
**To:** BOPDOM7.BOPCCM(CMY0007)
**Date:** Fri, May 5, 2000 10:34 AM Montgomery, AL
**Subject:** Transportation Issues at CCCs in ~~Jackson, MS~~ & Tupelo, MS -Reply

Hi Ray:

Sorry I didn't let you know, but Bannum called last week and indicated that he didn't know if he should provide a proposal for the taxicab services or provide vans. Mr. Lowery stated that he felt the taxicab services in conjunction with other transportation options would meet these facilities needs, but he didn't know if the BOP would accept this proposal. Mr. Lowery said that he felt the BOP wanted vans, but he was reluctant to provide this service because it is very expensive.

I told Cheryl Denning that Mr. Lowery was uncertain of what type of transportation service he wanted to offer, and she told me to instruct Bannum to just give us his best offer and not to suggest a service preference for the BOP. I telephoned Mr. Lowery and did just that,
but I did not establish a deadline for his proposal.

I did however follow-up with Mr. Lowery yesterday, and he stated that he was still working on his proposal and he estimated that he would have an offer to us by the end of next week.

As soon as I receive his proposal, I will fax a copy to you for your review.

Melvin