# 12

BP-S684.073 **CONTRACTOR EVALUATION** CDFRM
Feb 2000

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| CONTRACTOR INTERIM/FINAL PERFORMANCE REPORT | REPORTING PERIOD: | FROM: October 1, 1998 | TO: September 30, 2000 |
|---|---|---|---|

| 1. CONTRACT NAME AND ADDRESS: Bannum Incorporated 1301 Seminole Boulevard, Suite 126 Largo, Florida 33770 | 2. DATE OF FORM: October 11, 2000 |
|---|---|

| 3. CONTRACT NUMBER: J200c-397 | 4. SENTRY CODE: LMY 4XA | 5. CONTRACT AWARD DATE: July 1, 1998 | 6. CONTRACTOR'S NAME: Bannum Incorporated 540 Sayre Street Montgomery, Alabama 36104 |
|---|---|---|---|

| 7. CCM/T-DATC RATING The CEF (print name): Helen Ramsdell, CCM | 8. Signature and Date: [signature] 10-11-00 |
|---|---|

9. Consider both positive and negative attributes in three areas: contract compliance; customer satisfaction; and business relationship. Assign one of the following scores: (1) VERY DISSATISFIED; (2) DISSATISFIED; (3) SATISFIED; (4) VERY SATISFIED; OR (5) EXTREMELY SATISFIED to each area.

| CONTRACT COMPLIANCE | CUSTOMER SATISFACTION | BUSINESS RELATIONS |
|---|---|---|
| Rate compliance in areas such as staffing patterns, life safety, financial responsibility, discipline, food service and accountability. Consider the completeness and accuracy of the reports submitted by the contractor such as invoices, urinalysis reports, incident reports, and volunteer participation reports. | Rate the overall quality of the programs that provide accountability, work, and other self-improvement opportunities for offenders. Consider the contractor's overall approach to communication and correctional management, and determine if it is consistent with the mission of the BOP. | Rate the flexibility, pro-activeness, professionalism, and cooperation as seen in the contractor's relationship with the BOP, U.S. Probation Office, U.S. Marshals Service, local law enforcement and community. |
| ASSESSMENT SCORE: 3 | ASSESSMENT SCORE: 2 | ASSESSMENT SCORE: 3 |

| To calculate the adjectival rating, total the three assessment scores. Subtract (one time) three points for any withholding(s) taken during the rating period. If performance is over and above the minimum requirements of the SOW, add either one, two or three points. The number of points added is discretionary and must not exceed three. Divide by three. The result is the overall score (enter into block 10.) and will fall within the numeric range associated with the adjectival rating below. The appropriate adjectival rating is then entered in block 11. | 10. OVERALL SCORE: 2.67 |
|---|---|

11. ADJECTIVAL RATING: Fair

| | |
|---|---|
| **EXCELLENT (4.33 & above)** | During the rating period the contractor has performed without problems and has operated within the terms and conditions of the contract. The contractor has been extremely responsive to Bureau inquiries. Improvements are not needed. |
| **GOOD (3.66 - 4.3)** | There are few, if any, problems with the contractor's performance. The contractor is generally operating within the terms and conditions of the contract. Only minor improvements are needed. |
| **FAIR (2.55 - 3.6)** | There are problems with the contractor's compliance with the requirements of the contract. However, the contractor is responsive to the Bureau and applies corrective measures within specified time frames. Several improvements are ongoing. |
| **POOR (.1 - 2.5)** | There is/are major problem(s) with the contractor's performance. The contractor must be notified in writing as to the problem areas and given a specific time frame in which to remedy the situation. The contractor is marginally responsive. The contractor is struggling to provide a safe and secure environment for offenders. |
| **UNSATISFACTORY (0)** | There is/are major problem(s) with the contractor's performance which the contractor has not remedied, cannot remedy, or refuses to remedy. The contractor fails to provide a safe and secure environment for offenders. The contractor is not performing in accordance with the terms and conditions of the contract. The contract should not continue. |

RECEIVED NOV 20 2000 MCA Atlanta, GA

(Contractor acknowledges the receipt of the Adjectival Rating by completing block No. 12 and returns the form to the BOP. The Contractor may provide comments regarding the rating and attach those comments to the returning form.)

12. CONTRACTOR'S SIGNATURE & DATE: (print and sign) DAVID A. LOWRY [signature] 11-16-00

(The MCA is responsible for the CEF program and must ensure that CCMs and T-DATCs complete CEF on time and accurately. The MCA must review any comments submitted by the contractor and may adjust the adjectival rating up or down based on the contractor's comments. The MCA then signs the CEF, certifying that it represents the contractor's performance.)

13. MCA'S SIGNATURE & DATE: (print and sign) DONNA ZICKEFOOSE D. Zickefoose 10/4/00

Original: Contract File
CC: Privatization and Special Projects