# 16

**RESERVED**