# 18

BANNUM INC.
~~New Port Richey, Fl.~~

2004D17200003/4/5 & 6

The following represents hard copy documents received by the auditor during the course of the audit which apply to all of the Bannum Counts. For simplicity, we have filed them under assignment number 2004D17200003 (folder 3 of 3).

1) Chronology of Significant Events
2) Contract Briefs
3) Contract Awards
4) BOP Funding Approvals for the Audits (Form 347's)
5) Request for Audit and copy of 2nd Complaint
6) Bannum's 4/5/04 Explanation of differences between amounts in the Counts vs. their "Prayer for Relief
7) Bannum 5/11/04 Response to Dennis's Questions
8) Bannum 6/7/04 Fax to Dennis regarding his questions
9) Bannum 6/8/04 Updated Counts
10) Bannum 6/15/04 Letter to Dennis re: support
11) Bannum 6/29/04 Letter from Mr. Rich and DCAA Response
12) Support for the 28% OH & Profit Rate
13) Cost or Pricing Data (Form B)
14) Bannum's CY2000 Income Statement
15) Camardo's Legal Fees – Allocation by Count.
16) Bannum's 4/21/04 Revision (all Counts)

Also filed in this folder are copies of documents obtained for Counts 1, 4 & 6 which we wound up not reviewing after all.

JS - 8/6/2004

2004D17200004:

These folders contain hard copies of:
wp's 23, D-2a → D-8 (folder 1 of 2)
+ D-8a → D-9 (folder 2 of 2)
+ MISC unreferenced doc's ( " " )

JJ

DCAA001240

Bonneville #'s below (6-21-04)

FOR SETTLEMENT PURPOSES ONLY

COUNT 8 – Revised Claim Information

| | | |
|---|---|---|
| Lost Overhead & Profit | ✓ $293,891.00 | |
| Est admin effort | ✓ 23,425.35 ← | Mid MGT Labor $9,614.61; Ex/MGT " 13,600.00; Facility " 210.74; 23,425.35 |
| Est phone, travel, etc | ✗ ~~836.25~~ 1,534.93* | |
| Unamort Lease Hold Improvement | ✓ 22,588.00 | |
| REA Preparation | ✓ ① → ~~10,350.97~~ 28,521.72 Revised 6-11-04 | |

~~*Additional legal fees for Joe Camardo will be forthcoming~~

~~Attached are labor costs for executive and middle management personnel which are discussed in my affidavit~~

~~Additional travel cost will be submitted~~

LOWRY TRAVEL

Submitted 6-14-04 = 1,274.59 }
Submitted 6-15-04 = 681.42 } 1,956 (w/ D-?)

* 698.68 added on 6-25-04 ✓

Clerical Support $736.25 ✗
Tele, mail, copies 100.00
836.25 ✗
Postage +698.68
1534.93

① Camardo $1,925.25
Pilieri Ltd 8,425.72
10,350.97

J. [signature] 7/12/04



DCAA001241

6-21-04

FOR SETTLEMENT PURPOSES ONLY

COUNT 8 – Revised Claim Information

| | |
|---|---|
| Lost Overhead & Profit | $293,891.00 |
| Est admin effort | 23,425.35 |
| Est phone, travel, etc | ~~836.25~~ 1,534.93* |
| Unamort Lease Hold Improvement | 22,588.00 |
| REA Preparation | ~~10,350.97~~ 28,521.72 Revised 6-11-04 |

~~*Additional legal fees for Joe Camardo will be forthcoming~~

~~Attached are labor costs for executive and middle management personnel which are discussed in my affidavit~~

~~Additional travel cost will be submitted~~

LOWRY TRAVEL

Submitted 6-14-04 = 1,274.59
Submitted 6-15-04 = 681.42
1956 Travel

* 698.68 added on 6-21-04 – 798.00

RB

COUNT 8-BREAKDOWN OF COSTS

Lost Overhead & Profit-See chart

Est admin effort

| | |
|---|---|
| Mid/mang labor costs | 9,614.61 |
| Ex/mang labor costs | 13,600 |
| Facility labor costs | 210.74 |
| | +1300 to $1400 |
| Est tele, travel, etc | |
| Clerical support | 736.25 |
| Tele, overnight mail, copies, etc | 100 |
| Unamort Lease Hold | 22,588 |

REA Preparation

| | |
|---|---|
| Camardo | 1,925.25 |
| Piliero et al | 8,425.72 |

TR 4

u/t 6

5

Camardo 7

Piliero 6

23

COUNT 8

| AIRBORNE CHARGES | |
|---|---|
| | $ 9.45 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 12.86 |
| | $ 11.29 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 12.86 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 8.40 |
| | $ 9.45 |
| | $ 8.40 |
| | $ 8.40 |
| | $ 8.40 |
| | $ 9.45 |
| | $ 12.86 |
| | $ 61.95 |
| | $ 12.86 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 56.18 |
| | $ 8.40 |
| | $ 21.92 |
| | $ 12.86 |
| | $ 9.45 |
| | $ 19.70 |
| | $ 19.70 |
| | $ 32.90 |
| | $ 9.45 |
| | $ 13.65 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 9.45 |
| | $ 14.06 |
| | $ 9.73 |
| | $ 9.73 |
| | $ 12.86 |
| | $ 22.66 |

* Additionally, we approximate $50 for copy charges

| TOTAL | $ 698.68 |
|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6051336222<br>PIE / DCA<br>1/20/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BUREAU OF PRISIONS<br>500 FIRST ST NW ROOM 5006<br>WASHINGTON<br>DC 20534<br>KATHERINE WASHING<br>S DIXON | DB<br>1<br>LX<br>52157 | EXP | 9.45 | | $9.45 000 |
| 6051336325<br>PIE / DCA<br>1/20/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BUREAU OF PRISIONS<br>500 FIRST ST NW RM 5006<br>WASHINGTON<br>DC 20534<br>LEAN WILSON<br>S DIXON | DB<br>1<br>LX<br>52157 | EXP | 9.45 | | $9.45 .000 |
| 6051336421<br>PIE / BPT<br>1/20/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | PREMIUM PLUMBING<br>1575 SOUTH 23RD ST<br>BEAUMONT<br>TX 77707<br>409-842-1526<br>T BRIDGES | DB<br>1<br>LX<br>52157/AF | NAS | 8.40 | | $8.40 .004 |
| 6051336524<br>PIE / MGM<br>1/20/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BANNUM FL OF MONTGOMERY<br>540 SAYRE ST<br>MONTGOMERY<br>AL 36104<br>JULIETTE DAVIS 334-262-02<br>J DAVIS | DB<br>1<br>LX<br>52157/AF | NAS | 8.40 | | $8.40 .008 |
| 5397076760<br>PIE / DCA<br>1/21/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BUREAU OF PRISONS-CCC<br>CONTRACTING<br>500 FIRST ST NW ROOM 5006<br>WASHINGTON<br>DC 20534<br>CRYSTAL CLAYTON 202-307-3<br>S DIXON | DB<br>1<br>LX<br>52157 | EXP | 9.45 | | $9.45 .000 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
1/30/98
0000134 0000934

AIRBORNE EXPRESS

**AIRBORNE EXPRESS** — SENDER'S COPY

| Field | Entry |
|---|---|
| Preprint Format No. | 6585036 |
| Origin | PIE |
| Airbill Number | 3397076760 |
| FROM (Company) | BANNUM |
| Street Address | STE 126, 1301 SEMINOLE BLVD |
| City / State / ZIP | LARGO FL 33770 |
| Phone Number | 813-588-2594 |
| Method of Payment | [X] Bill Sender ▶ 39908860 (Airborne Sender account no.) |
| TO (Company) | BUREAU OF PRISONS - CONTRACTING CCC |
| Street Address | 500 FIRST ST. N.W. ROOM 5006 |
| City / State / ZIP | WASHINGTON, D.C. 20534 |
| Attention | CRYSTAL CLAYTON 202 307 3070 |
| Description | RFP 200-0417-SE |
| No. of Pkgs | 1 |
| Check if | [X] Letter Express |
| Sender's Signature | [signature] |
| Date | 1-21-98 |

http://www.airborne-express.com

PO BOX 662, SEATTLE, WA 98111-0662 1-800-247-2676

**AIRBORNE EXPRESS** — SENDER'S COPY

| Field | Entry |
|---|---|
| Preprint Format No. | 6585036 |
| Origin | PIE |
| Airbill Number | 6051336325 |
| FROM (Company) | BANNUM |
| Street Address | STE 126, 1301 SEMINOLE BLVD |
| City / State / ZIP | LARGO FL 33770 |
| Phone Number | 813-588-2594 |
| Method of Payment | [X] Bill Sender ▶ 39908860 |
| TO (Company) | Bureau of Prisions |
| Street Address | 500 First Street, NW Rm5006 |
| City / State / ZIP | Washington D.C. 20534 |
| Attention | Leah Wilson |
| Description | Letter |
| No. of Pkgs | 1 |
| Weight | 1 |
| Check if | [X] Letter Express |
| Service Type | X |
| Sender's Signature | Debra Kosser |
| Date | 1-20-98 |

www.airborne.com

PO BOX 662, SEATTLE, WA 98111 1-800-247-2676

**AIRBORNE EXPRESS**

| Field | Entry |
|---|---|
| Preprint Format No. | 6585036 |
| Origin | PIE |
| Airbill Number | 6051336222 |
| FROM (Company) | BANNUM |
| Street Address | STE 126, 1301 SEMINOLE BLVD |
| City / State / ZIP | LARGO FL 33770 |
| Phone Number | 813-588-2594 |
| Method of Payment | [X] Bill Sender ▶ 39908860 |
| TO (Company) | Bureau of Prisions |
| Street Address | 500 First Street, NW Room 5006 |
| City / State / ZIP | Washington D.C. 20534 |
| Attention | Katherina Washington |
| Description | Letter |
| No. of Pkgs | 1 |
| Weight | 1 |
| Check if | [X] Letter Express |
| Service Type | X |
| Sender's Signature | Debra Kosser |
| Date | 1-20-98 |

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE AIRBILL.

DCAA001252

| | | | | | | |
|---|---|---|---|---|---|---|
| 3397076843<br>PIE / LAS<br>1/21/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | JON LOWRY APT-1174<br>4650 WEST OAKEY BLVD<br>LAS VEGAS<br>NV 89102<br>702-258-3505<br>FD | DB<br>1<br>LX<br>52157 | EXP 9.45 | | 1211.000<br>$9.45 |
| 3397076966<br>PIE / DCA<br>1/21/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BUREAU OF PRISONS-<br>CONTACTS CCC<br>500 FIRTS ST N W RM 5006<br>WASHINGTON<br>DC 20534<br>LEAN WILSON 207-307-3070<br>S DIXON | DB<br>1<br>LX<br>52157 | EXP 9.45 | | 000<br>$9.45 |
| 3397075662<br>PIE / DCA<br>1/22/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BUREAU OF PRISONS RM 5006<br>500 FIRST ST N W<br>WASHINGTON<br>DC 20534<br>LEAH WILSON 201-307-3070<br>A COLES | DB<br>1<br>LX<br>52157 | EXP 9.45 | | 000<br>$9.45 |
| 3397076664<br>PIE / DCA<br>1/22/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BUREAU OF PRISONS RM 5006<br>6<br>500 FIRST ST N W<br>WASHINGTON<br>DC 20534<br>LENA WILSON 202-307-3070<br>A COLES | DB<br>1<br>LX<br>52157 | EXP 9.45 | | 000<br>$9.45 |
| 5976087353<br>DVX / PIE<br>1/22/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | NINA FUCHS<br>1545 PEACEFUL LN<br>CLEARWATER<br>~~FL 34615~~<br>NINA 813-588-4457<br>LD-FD | SD<br>1<br>1<br>3R<br>52157 | EXP 15.75 | | 000<br>$15.75 |

SUBTOTAL SENDER CUSTOMER NO.: 39908860 NO. SHIPMENTS: 16 179.85

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
HAS=HAT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
1/30/98

0000134 0000935

AIRBORNE EXPRESS
633TWR REV. 11/97 DD

**AIRBORNE EXPRESS** — Airbill Number 3397076966

Preprint Format No. 6585036 | Origin PIE | Airbill Number 3397076966

Method of Payment: [X] Bill Sender ▶ 39908860 (Airborne Sender account no.)
[ ] Bill Receiver ▶ [ ] Bill 3rd Party ▶ [ ] Paid in Advance

FROM (Company): BANNUM
Street Address: STE 126, 1301 SEMINOLE BLVD
City: LARGO State: FL ZIP CODE (Required): 33770
Phone Number: 813-588-2594

TO (Company): Bureau of Prisons - Contracts
Street Address: 500 First St. N.W., Rm 5006
City: Washington, D.C. ZIP CODE (Required): 20534
Attention (Name/Dept): Leah Wilson Phone Number: 202-307-3073
Description: RFP 200-0414-SE

No. of Pkgs: 1 | Check if: [X] Letter Express

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature: [signature] Date: 1/21/98

SENDER'S COPY

http://www.airborne-express.com

---

**AIRBORNE EXPRESS** — Airbill Number 3397075662

Preprint Format No. 6585036 | Origin PIE | Airbill Number 3397075662

Method of Payment: [X] Bill Sender ▶ 39908860 (Airborne Sender account no.)

FROM (Company): BANNUM
Street Address: STE 126, 1301 SEMINOLE BLVD
City: LARGO State: FL ZIP CODE (Required): 33770
Phone Number: 813-588-2594

TO (Company): Bureau of Prisons
Street Address: 500 First Street
City: Washington State: D.C. ZIP CODE (Required): 20534
Attention (Name/Dept): Leah Wilson Phone Number: 202-307-3070
Description: Letter

No. of Pkgs: 1 | Check if: [X] Letter Express

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature: [signature] Date: 1/22/98

---

**AIRBORNE EXPRESS** — Airbill Number 3397076664

Preprint Format No. 6585036 | Origin PIE | Airbill Number 3397076664

FROM (Company): BANNUM
Street Address: STE 126, 1301 SEMINOLE BLVD
City: LARGO State: FL ZIP CODE (Required): 33770
Sent by (Name/Dept) / Phone Number: 813-588-2594

Method of Payment (Assumed sender unless otherwise noted):
[X] Bill Sender ▶ 39908860 (Airborne Sender account no.)
[ ] Bill Receiver ▶ (Airborne Receiver account no.)
[ ] Bill 3rd Party ▶ (Airborne Customer account no.)
[ ] Paid in Advance — Check No. — Amount $
Billing Reference will appear on invoice

TO (Company): Bureau of Prisons
Street Address: 500 First Street
City: Washington State: D.C. ZIP CODE (Required): 20534
Attention (Name/Dept): Leah Wilson Phone Number (Important): 202-307-3070
Description: Letter

No. of Pkgs: 1 | Weight (lbs.) | Check if: [X] Letter Express [ ] Express Pack

Special Instructions: [ ] Saturday Delivery (Extra Charge, Express Only, Not available in all locations) [ ] Hold at Airborne [ ] Lab Pack [ ]

Service Type: One box must be checked with an "X". Assumed Express Service unless otherwise noted. Next Afternoon Shipments over 5 lbs will be charged at the Express rate. Next Afternoon delivery to Bold Red destinations only.

Absent a higher shipment valuation, carrier's liability is limited to $100 per package, or actual value, whichever is less. Special or consequential damages are not recoverable. See terms and conditions on reverse side of this non-negotiable airbill. SCAC-ABXS FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature: [signature] Date: 1/22/98
Airborne Signature / Route No. / Date / Time

Declared Value [ ] or Full Insurance [ ] Shipment Valuation $

AIRBORNE EXPRESS

DCAA001254

AIRBORNE EXPRESS ORIGINAL INVOICE

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN INQUIRING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 3/19/98 | 39908860 | | F4332322 | 4/03/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM M5E
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER / ORIGIN / DEST / SHIP DATE / YOU OWE AS / DESCRIPTION | CUSTOMER NUMBER / SENDER / SENT BY / REFERENCE NUMBER / ACCOUNTING CONTROL | CUSTOMER NUMBER / RECEIVER / ATTENTION / RECEIVED BY / ACCOUNTING CONTROL | REC AT / # PCS / WEIGHT / CHG WGT / SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 6292444443<br>PIE / DAL<br>3/10/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | COMMUNITY CORRECTIONS FED<br>STE 306<br>4211 CEDAR SPRINGS RD<br>DALLAS<br>TX 75219<br>GINA MUSTAIN 214-767-... | DB<br>1<br>LX<br>52157/AF | NAS | 8.48 | 000 |
| ...<br>P<br>3/12/98<br>SENDER | BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BUREAU OF PRISONS-<br>CONTRACTING CCC<br>320 FIRST ST NW ROOM 5006<br>WASHINGTON<br>DC 20534<br>LEAH WILSON 202-307-3070<br>B LANCON | DB<br>1<br>LX<br>52157 | EXP | 9.45 | $18.48<br>000<br>$9.45 |

Airbill (Sender's Copy):

Preprint Format No. 6585036 Origin PIE Airbill Number 6292441746

FROM (Company) BANNUM
Street Address STE 126 1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-588-2594
CCC
TO (Company) BUREAU OF PRISONS - CONTRACTING
Street Address 320 FIRST ST. N.W. ROOM 5006
City WASHINGTON State D.C. ZIP CODE (Required) 20534
Attention (Name/Dept) Phone Number (Important) LEAH WILSON 2023073070
Description

Method of Payment: [X] Bill Sender ▶ 39908860 Airborne Sender account no.
[ ] Bill Receiver ▶ Airborne Receiver account no.
[ ] Bill 3rd Party ▶ Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice

Service Type: One box must be checked with an "X". Assumed Express Service unless otherwise noted. Next Afternoon Shipments over 5 lbs will be charged at the Express rate. Next Afternoon delivery to Best Pool destinations only.

No. of Pkgs 1 Weight (LBS) 1 Check If [X] Letter Express [ ] Express Pack
Special Instructions: [ ] Saturday Delivery Extra Charge Express Only [ ] Hold at Airborne [ ] Lab Pack
Shipment Valuation: Declared Value [ ] or Full Insurance [ ] $

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE AIRBILL.

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature Date 3-12-98
Airborne Signature Route No. Date Time
Received At [ ] Drop Box # [ ] Airborne Terminal

AIRBORNE EXPRESS
PO BOX 662, SEATTLE, WA 98111-0662
1-800-247-2676
www.airborne.com
SENDER'S COPY

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COD=COD FEE, SAT=SATURDAY DELIVERY
NAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
3/20/98
0000119 0000968

AIRBORNE EXPRESS

DCAA001255

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 4/23/98 | 39908860 | | 02632873 | 5/08/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM M5E
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER / ORIGIN / DEST / SHIP DATE / YOU OWE AS / DESCRIPTION | CUSTOMER NUMBER - SENDER / SENT BY / REFERENCE NUMBER / ACCOUNTING CONTROL | CUSTOMER NUMBER / RECEIVER / ATTENTION / RECEIVED BY / ACCOUNTING CONTROL | REC AT / # PCS / WEIGHT / CHG WGT / SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 5614485624 PIE / CKB 4/17/98 SENDER | 39908860 M5E BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | BANNUM PLACE OF CLARKSBURG 260 MONTICELLO AVE CLARKSBURG WV 26301 BILL COBASKY 304-624-7634 A WELTY | DB 1 LX 52157/AF | NAS | 8.40 | 014 ✓ $8.40 |
| 5614485728 PIE / FLO 4/17/98 SENDER | 39908860 M5E BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | S C EMPLOYMENT SECURITY COMMISSION 1550 W EVANS ST FLORENCE SC 29501 803-669-4271 E MCKOY | DB 1 LX 52157/AF | NAS | 8.40 | 015 ✓ $8.40 |
| 5614413022 PIE / DCA 4/17/98 SENDER | 39908860 M5E BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | CCM CONTRACTING OFFICE BUREAU OF PRISIONS 320 FIRST ST N W WASHINGTON DC 20534 LEAH WILSON 202-307-3070 S DIXON | DB 1 LX 52157 | EXP | 9.45 | 000 ✓ $9.45 |

1 FROM (Company) BANNUM
Street Address STE 126 1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-588-2594

Preprint Format No. 65850360 Origin PIE Airbill Number 5614413022

4 Method of Payment — Assumed sender unless otherwise noted
[X] Bill Sender ▶ 39908860 Airborne Sender account no.
[ ] Bill Receiver ▶ Airborne Receiver account no.
[ ] Bill 3rd Party ▶ Airborne Customer account no.
[ ] Paid in Advance Cash/Ck. Amount $
Billing Reference will appear on invoice

5 Service Type — One box must be checked with an "X". Assumed Express Service unless otherwise noted. [X]
Next Afternoon Shipments over 5 lbs will be charged at the Express rate. Next Afternoon delivery to Bald Pod destinations only.

2 TO (Company) CCM Contracting Office Bureau of Prisons
Street Address 320 First Street N.W.
City Washington State D.C. ZIP CODE (Required) 20534
Attention: (Name/Dept) Leah Wilson Phone Number (Important) 202-307-3070
Description Letter

6 NO. OF PKGS 1 — WEIGHT (LBS) 1 — 8 CHECK IF [X] LETTER EXPRESS [ ] EXPRESS PACK

Special Instructions
[ ] Saturday Delivery Extra Charge Express Only Not available in all locations
[ ] Hold at Airborne
[ ] Lab Pack

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER PACKAGE OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE AIRBILL. SCAC-ARB FED I.D. NO 91-0837469

3 THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature ▶ Debra Simpson Date 4-17-98
Airborne Signature Route No. Date Time

Declared Value [ ] or Full Insurance [ ] Shipment Valuation $
Received At [ ] Drop Box # [ ] Airborne Terminal

AIRBORNE EXPRESS
PO BOX 662, SEATTLE, WA 98111-0662
1-800-247-2676

www.airborne.com
SENDER'S COPY

DCAA001256

Case 1:01-cv-00639-CFL Document 189-21 Filed 10/12/2007 Page 13 of 49

AIRBORNE EXPRESS

# ORIGINAL INVOICE



| INVOICE DATE | CUSTOMER NUMBER |
|---|---|
| 4/30/98 | 39908860 |

REFER TO THIS NUMBER WHEN REMITTING

| INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|
| 64052624 | 5/15/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM MSE
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER / ORIGIN / DEST / SHIP DATE / YOU OWE AS / DESCRIPTION | CUSTOMER NUMBER SENDER / SENT BY / REFERENCE NUMBER / ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER / ATTENTION / RECEIVED BY / ACCOUNTING CONTROL | REC AT / # PCS / WEIGHT / CHG WGT / SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 5614407422 / PIE / DCA / 4/24/98 / SENDER | 39908860 MSE / BANNUM / STE 126 / 1301 SEMINOLE BLVD / LARGO / FL 33770 / DAVID A LOWRY 813-588-259 / NONE | LEAH WILSON / CONTRACTING FED BUREAU PR / 320 FIRST ST NW CCC / WASHINGTON / DC 20534 / LEAH WILSON 202-307-3070 / L PARKER | DB / 1 / LX / 1R / 52157 | EXP | 12.86 | 000 / $12.86 |

1 FROM (Company) BANNUM
Street Address STE 126
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) David A. Lowry Phone Number 813-588-2594

2 TO (Company) ATTN: Leah Wilson
CCC Contracting-Fed Bureau Prison
Street Address 320 First Street NW
City Washington State D.C. ZIP CODE (Required) 20534
Attention: (Name/Dept) Leah Wilson Phone Number (important) (202) 307-3070
Description Letter

3 THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature ▸ [signature] Date 4-24-98
Airborne Signature Route No. Date Time

Preprint Format No. 65850360 Origin PIE Airbill Number 5614407422

4 Method of Payment (Assumed sender unless otherwise noted)
[X] Bill Sender ▸ 39908860 Airborne Sender account no.
[ ] Bill Receiver ▸ Airborne Receiver account no.
[ ] Bill 3rd Party ▸ Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice

5 Service Type — One box must be checked with an "X". Assumed Express Service unless otherwise noted.
[X] Express
[ ] Next Afternoon
Next Afternoon Shipments over 5 lbs will be charged at the Express rate. Next Afternoon delivery to Bold Red destinations only.

6 NO. OF PIECES 1 7 WEIGHT (LBS.) 1 8 CHECK IF [X] LETTER EXPRESS [ ] EXPRESS PACK

Special Instructions
[ ] Saturday Delivery Extra Charge Express Only Not available to all locations
[ ] Hold at Airborne
[ ] Lab Pack
[ ]

Declared Value [ ] or Full Insurance [ ] Shipment Valuation $

Received At [ ] Drop Box # [ ] Airborne Terminal

ABSENT A HIGHER SHIPMENT VALUATION, CARRIERS LIABILITY IS LIMITED TO $100 PER PACKAGE OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NONNEGOTIABLE AIRBILL. SCAC-AIRB FED I.D. NO. 91-0837469

AIRBORNE EXPRESS
PO BOX 662 SEATTLE, WA 98111-0662
1-800-247-2676

PLEASE TYPE OR PRINT — FOR SHIPMENTS WITHIN U.S. ONLY

www.airborne.com SENDER'S COPY

[redacted] $8.40

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
5/01/98

AIRBORNE EXPRESS

AIRBORNE EXPRESS

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE |
|---|---|---|---|---|
| 5/07/98 | 39908860 | | 65534163 | 5/22/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM M5E
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER<br>ORIGIN / DEST<br>SHIP DATE<br>YOU OWE AS<br>DESCRIPTION | CUSTOMER NUMBER<br>SENDER<br>SENT BY<br>REFERENCE NUMBER<br>ACCOUNTING CONTROL | CUSTOMER NUMBER<br>RECEIVER<br>ATTENTION<br>RECEIVED BY<br>DELIVERY DATE/TIME<br>ACCOUNTING CONTROL | REC AT<br># PCS<br>WEIGHT<br>CHG WGT<br>SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 5614407621<br>PIE / CRW<br>4/27/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>DAVID A LOWRY 813-588-259<br>NONE | BANNUM INC<br>5904 MACCORKLE AVE S W<br>SAINT ALBANS<br>WV 25177<br>CATHY BELLEW 304-768-6625<br>C BELLEW RC<br>4/28/98 9:35 | DB<br>1<br>LX<br>52157 | EXP | 9.45 | $9.45 |
| 8580577633<br>MYR / ATL<br>4/28/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>BETSY WILLIAMS 845-676-00<br>NONE | FBOP<br>505 MCDONOUGH BLVD SE<br>ATLANTA<br>GA 30315<br>TANGIE PRICE<br>H LEDEZMA RC<br>4/29/98 10:13 | SD<br>1<br>2<br>52157/AF | NAS | 11.29 | $11.29 |
| 4421150882<br>PIE / LRD<br>4/29/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | ARMANDO LOPEZ<br>1905 HOUSTON ST<br>LAREDO<br>TX 78040<br>ARMANDO LOPEZ 956-726-072<br>A LOPEZ RC<br>4/30/98 11:20 | DB<br>1<br>LX<br>52157/AF | NAS | 8.40 | $8.40 |
| 4421150985<br>PIE / TUP<br>4/29/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BANNUM PLACE OF TUPELO<br>650 A&B CENTER<br>TUPELO<br>MS 38801<br>RAQUEK WELCH 601-411-7888<br>R WELCH RC<br>4/30/98 15:13 | DB<br>1<br>LX<br>52157/AF | NAS | 8.40 | $8.40 |
| 4421151081<br>PIE / JAN<br>4/29/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BANNUM PLACE OF JACKSON<br>1031 WHOLESALE ROW<br>JACKSON<br>MS 39201<br>CARROL BARBER 601-949-788<br>S MICHAEL RC<br>4/30/98 10:49 | DB<br>1<br>LX<br>52157/AF | NAS | 8.40 | $8.40 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PUP=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NEXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS

AIRBORNE EXPRESS

DCAA001258

AIRBORNE EXPRESS INVOICE COPY PAGE 3 OF 13

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT WAS DUE |
|---|---|---|---|---|
| 5/07/98 | 39908860 | | 65534163 | 5/22/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM M5E
STE 126
1301 SEMINOLE BLVD
LARGO

Prepaint Format No. 65850360 Origin PIE Airbill Number 4421151280

FROM (Company) BANNUM
Street Address STE 126
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-588-2594

Method of Payment
[X] Bill Sender ▶ 39908860 Airborne Sender account no.
[ ] Bill Receiver ▶ Airborne Receiver account no.
[ ] Bill 3rd Party ▶ Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice

TO (Company) CCC Contracting
Street Address 320 First Street NW
City Washington State D.C. ZIP CODE (Required) 20534
Attention: (Name/Dept) Leah Wilson Phone Number (important) 202-307-3070
Description

NO. OF PIECES 1 WEIGHT (LBS) 1 CHECK IF [X] LETTER EXPRESS [ ] EXPRESS PACK

Special Instructions
[ ] Saturday Delivery Extra Charge Express Only Not available in all locations
[ ] Hold at Airborne
[ ] Lab Pack

Declared Value [ ] or Full Insurance [ ] $ Shipment Valuation

Service Type
One box must be checked with an "X". Assumed Express Service unless otherwise noted.
Next Afternoon Shipments over 5 lbs will be charged at the Express rate. Next Afternoon delivery to Bold Red destinations only.

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE AIRBILL.

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS

Sender's Signature ▶ Date
Airborne Signature Route No. Date Time
Received At [ ] Drop Box # [ ] Airborne Terminal

AIRBORNE EXPRESS
PO BOX 662, SEATTLE, WA 98111-0662
1-800-247-2676

SENDER'S COPY

http://www.airborne-express.com

$11.29

| | | | | | |
|---|---|---|---|---|---|
| 4421... PIE / DCA 4/30/98 SENDER | ... M5E BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | CCC CONTRACTING 320 FIRST ST NW WASHINGTON DC 20534 LEAH WILSON 202-307-3070 B LANCON MR 5/01/98 10:39 | DB 1 LX 52157 | EXP 9.45 | $9.45 |
| 4421151383 PIE / TLH 4/30/98 SENDER | 39908860 M5E BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | DIVISION OF CO ANNUAL REPORTS FILING 409 EAST GAINES ST TALLAHASSEE FL 32399 NONE K WALKER RC 5/01/98 9:50 | DB 1 LX 52157 | EXP 9.45 | $9.45 |
| 4421151486 PIE / GSO 4/30/98 SENDER | 39908860 M5E BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | BRANNUM PL OF GREENSBORO 131 MANLEY AVE GREENSBORO NC 27404 DAVIS LINDEMAN 336-852-77 S LEWIS RC 5/01/98 7:49 | DB 1 LX 1R 52157 | EXP 12.86 | $12.86 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NEXT AFTERNOON SRVC, SDD=2ND DAY SRVC
WGT CODES: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS

AIRBORNE EXPRESS

DCAA001259

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 5/14/98 | 39908860 | | G7026958 | 5/29/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM M5E
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS WEIGHT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 9575104545<br>RDU / PIE<br>5/07/98<br>RECEIVER | 37274210<br>BANNUM PLACE<br>952 BRAGG BLVD<br>FAYETTEVILLE<br>NC 28301<br>DON CAUGHLIN 910-484-6442<br>NONE | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>ANNIE/DEBBIE 813-588-2594<br>V WOODRIDGE | SD<br>1<br>LX<br>52157/AF | NAS | 8.40 | 009 — AAH<br>$8.40 |

SUBTOTAL SENDER CUSTOMER NO.: 37274210 NO. SHIPMENTS: 2 16.80

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS WEIGHT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 4421152783<br>PIE / DCA<br>5/01/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | CCC CONTRACTING<br>FEDERAL BUREAU OF PRISONS<br>320 FIRST ST<br>WASHINGTON<br>DC 20536<br>LEAH WILSON<br>S DIXON | DB<br>1<br>LX<br>52157 | EXP | 9.45 | 000 AAH<br>$9.45 |
| 4421152902<br>PIE / JAN<br>5/01/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BANNUM PLACE OF JACKSON<br>1031 WHOLESALE ROW<br>JACKSON<br>MS 39209<br>NONE<br>L ALEXANDER | DB<br>1<br>LX<br>52157 | EXP | 9.45 | 014 — AAH<br>$9.45 |
| 4421153085<br>PIE / TUP<br>5/01/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BANNUM PL OF TUPELO<br>630 A & D CENTER<br>TUPELO<br>MS 38801<br>NONE<br>M FOX | DB<br>1<br>LX<br>52157 | EXP | 9.45 | 012 AAH<br>$9.45 |
| 4421153881<br>PIE / SDF<br>5/01/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | A G EDWARDS<br>STE 110<br>101 BULLITT LN<br>LOUISVILLE<br>KY 40222<br>JOHN WINGFIELD 502-426-15<br>B COOPER | DB<br>1<br>LX<br>52157 | EXP | 9.45 | 000 — AAH<br>$9.45 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NEXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
5/15/98

0000536 0032768

AIRBORNE EXPRESS

DCAA001260

EXPRESS

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 5/14/98 | 39908860 | | G7026950 | 5/29/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM MSE
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS WEIGHT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 4421155082 — PIE / ATL 5/04/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | ATLANTA MANAGEMENT CTR FEDERAL BUREAU OF PRISONS 505 MCDONOUGH BLVD S E ATLANTA GA 30315 NONE C STURDIVANT | DB 1 LX 52157 | EXP | 9.45 | 000 $9.45 |
| 4421152282 - PIE / FAY 5/05/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 DAVID LOWRY 813-588-2594 NONE | AD WINTERS 115 EAST RUSSELL STREET FAYETTEVILLE NC 28301 910-433-4433 J.CYRUS | DB 1 1 4R 52157 | EXP | 17.33 | 000 $17.33 |
| 4421152584 — PIE / MMR 5/05/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | ARMANDO MAURY 8855 COLLINS AVE APT 707 SURFSIDE FL 33154 305-975-0318 LD FD | DB 1 LX 52157 | EXP | 9.45 | 000 $9.45 |
| 4421152680 - PIE / MGM 5/05/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | FEDERAL BUREAU OF PRISONS 15 LEE STREET ROOM B-18 MONTGOMERY AL 36104 VIVIAN 334-223-7464 V WHITE | DB 1 LX 1R 52157 | EXP | 12.86 | 000 $12.86 |
| 4421155185 ✓ PIE / RLE 5/05/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | FEDERAL BUREAU OF PRISONS 310 NEW BERN AVE ROOM 303 RALEIGH NC 27601 KELLY MEYERS 910-856-4548 E BURKE | DB 1 LX 52157 | EXP | 9.45 | 000 $9.45 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NXT AFTERNOON SRVC, SBS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
5/15/98

AIRBORNE EXPRESS

0008536 0032770

DCAA001261

FROM (Company) BANNUM
Street Address STE 126
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-588-2594

TO (Company) ATLANTA MANAGEMENT CENTER
Street Address FEDERAL BUREAU OF PRISONS
505 MCDONOUGH BLVD S.E.
City ATLAN State GA ZIP CODE (Required) 30315
Attention: (Name/Dept) Phone Number (Important)
Description

Prepaint Format No. 65850360 Origin PIE Airbill Number 4421155082
Method of Payment: [X] Bill Sender 39908860 Airborne Sender account no.
[ ] Bill Receiver Airborne Receiver account no.
[ ] Bill 3rd Party Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice
Service Type: XX
No. of Pkgs 1 Weight (LBS) 1 Check if [X] Letter Express [ ] Express Pack
Special Instructions: [ ] Saturday Delivery Extra Charge Express Only Not available in all locations [ ] Hold at Airborne [ ] Lab Pack

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature Date
Airborne Signature Route No. Date Time
Declared Value [ ] or Full Insurance [ ] Shipment Valuation $
Received At [ ] Drop Box # [ ] Airborne Terminal

AIRBORNE EXPRESS PO BOX 662, SEATTLE, WA 98111-0662 1-800-247-2676
http://www.airborne-express.com
SENDER'S COPY

| | | | | | | |
|---|---|---|---|---|---|---|
| 9575104545<br>RDU / PIE<br>5/07/98<br>RECEIVER | 37274210<br>BANNUM PLACE<br>952 BRAGG BLVD<br>FAYETTEVILLE<br>NC 28301<br>DON CAUGHLIN 910-484-6442<br>NONE | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>ANNIE/DEBBIE 813-588-2594<br>V WOODRIDGE RC<br>5/08/98 9:33 | SD<br>1<br>LX<br>52157/AF | NAS | 8.40 | $8.40 |

TOTAL SENDER CUSTOMER NO.: 37274210 NO. SHIPMENTS: 2 16.80

| | | | | | | |
|---|---|---|---|---|---|---|
| 4421152783<br>PIE / DCA<br>5/01/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | CCC CONTRACTING<br>FEDERAL BUREAU OF PRISONS<br>320 FIRST ST<br>WASHINGTON<br>DC 20536<br>LEAH WILSON<br>S DIXON MR<br>5/04/98 10:50 | DB<br>1<br>LX<br>52157 | EXP | 9.45 | $9.45 |

FROM (Company) BANNUM
Street Address STE 126
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-586-2594

TO (Company) Federal Bureau Of Prisons
Street Address Community Programs Office
15 Lee Street, Room B-18
City Montgomery, AL State ZIP CODE (Required) 36104
Attention: (Name/Dept) Vivian Phone Number (Important) 334-223-7464
Description

Prepaint Format No. 65850360 Origin PIE Airbill Number 4421152680
Method of Payment: [X] Bill Sender 39908860 Airborne Sender account no.
[ ] Bill Receiver Airborne Receiver account no.
[ ] Bill 3rd Party Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice
Service Type
No. of Pkgs 1 Weight (LBS) 1 Check if [X] Letter Express [ ] Express Pack
Special Instructions: [ ] Saturday Delivery Extra Charge Express Only Not available in all locations [ ] Hold at Airborne [ ] Lab Pack

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature V Wooldridge Date 5-5-98
Airborne Signature Route No. Date Time
Declared Value [ ] or Full Insurance [ ] Shipment Valuation $
Received At [ ] Drop Box # [ ] Airborne Terminal

AIRBORNE EXPRESS PO BOX 662, SEATTLE, WA 98111-0662 1-800-247-2676
SENDER'S COPY

DCAA001262

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING ---> | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 5/14/98 | 39908860 | | 67026950 | 5/29/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM MSE
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER / ORIGIN / DEST / SHIP DATE / YOU OWE AS / DESCRIPTION | CUSTOMER NUMBER / SENDER / SENT BY / REFERENCE NUMBER / ACCOUNTING CONTROL | CUSTOMER NUMBER / RECEIVER / ATTENTION / RECEIVED BY / ACCOUNTING CONTROL | REC AT / # PCS / WEIGHT / CHG WGT / SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 4421174785 PIE / MGM 5/06/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | FEDERAL BUREAU OF PRISONS COMMUNITY PROGRAMS OFFICE 15 LEE ST RM B-18 MONTGOMERY AL 36104 LARRY SPENCER | DB 1 LX 52157 | EXP | 9.45 | 000 $9.45 |
| 4421175080 PIE / HOT 5/06/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | FEDERAL BUREAU OF PRISONS COMMUNITY CORRECTIONS OFF 515 RUSK ROOM 12024 HOUSTON TX 77002 CYNTHIA RICHARDS 713-718- C RICHARD | DB 1 LX 52157/AF | NAS | 8.40 | 000 $8.40 |
| 4421175286 PIE / DCA 5/06/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 DAVID LOWRY 813-588-2594 NONE | US DEPT OF JUSTICE FEDERAL BUREAU OF PRISONS 320 FIRST ST NW WASHINGTON DC 20534 LEAH WILSON L PARKER | DB 1 LX 52157 | EXP | 9.45 | 000 $9.45 |
| 4421175382 PIE / JAN 5/06/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 DAVID LOWRY 813-588-2594 NONE | BANNUM PLACE OF JACKSON 1031 WHOLESALE ROW JACKSON MS 39209 CAROL BARBER 601-968-1901 C BARBER | DB 1 LX 52157 | EXP | 9.45 | 014 $9.45 |
| 4421175485 PIE / ATL 5/06/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | ATLANTA MANAGEMENT CTR FEDERAL BUREAU FO PRISONS 505 MCDONOUGH BLVD S E ATLANTA GA 30315 KAREN JAMES 404-624-8141 K JAMES | DB 1 LX 52157/AF | NAS | 8.40 | 000 $8.40 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
5/15/98

0000536 0032773

AIRBORNE EXPRESS
333THR REV. 11/97 DB

FROM (Company) BANNUM
Street Address STE 125
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-588-2594
TO (Company) Federal Bureau of Prisons Community Programs office
Street Address 15 Lee Street Rm B-18
City Montgomery State AL ZIP CODE (Required) 36104
Attention: (Name/Dept) Larry Spencer Phone Number (Important)
Description Letter
THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature Y Wooldridge Date 5-6-98 Route No. Date Time
Airborne Signature
http://www.airborne-express.com

Preprint Format No. 65850360 Origin PIE Airbill Number 442 ...74785
Method of Payment: [X] Bill Sender ▶ 39908860 Assumed sender unless otherwise noted. Airborne Sender account no.
[ ] Bill Receiver ▶ Airborne Receiver account no.
[ ] Bill 3rd Party ▶ Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice
No. of Pkgs 1 Weight (LBS.) 1 Check if [X] Letter Express [ ] Express Pack
Special Instructions: [ ] Saturday Delivery Extra Charge Express Only Not available to all locations [ ] Hold at Airborne [ ] Lab Pack [ ]
Declared Value [ ] or Full Insurance [ ] $ Shipment Valuation
Received At [ ] Drop Box # [ ] Airborne Terminal
SENDER'S COPY
Service Type: One box must be checked with an "X". Assumed Express Service unless otherwise noted. Next Afternoon Shipments over 5 lbs will be charged at the Express rate. Next Afternoon delivery to Gold Red destinations only.
ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE AIRBILL. SCAC-ARB FED I.D. NO. 91-0837469
AIRBORNE EXPRESS
PO BOX 662, SEATTLE, WA 98111-0662
1-800-247-2676

---

FROM (Company) BANNUM
Street Address STE 126
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) DAVID LOWRY Phone Number 813-588-2594
TO (Company) US Department of Justice Federal Bureau of Prisons
Street Address 320 First Street, NW
City Washington State DC ZIP CODE (Required) 20534
Attention: (Name/Dept) Sarah Wilson Phone Number (Important)
Description Letter
THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature [signature] Date 5-6-98 Route No. Date Time
Airborne Signature
www.airborne-express.com

Preprint Format No. 65850360 Origin PIE Airbill Number 4421175286
Method of Payment: [X] Bill Sender ▶ 39908860 Assumed sender unless otherwise noted. Airborne Sender account no.
[ ] Bill Receiver ▶ Airborne Receiver account no.
[ ] Bill 3rd Party ▶ Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice
No. of Pkgs 1 Weight (LBS.) 1 Check if [X] Letter Express [ ] Express Pack
Special Instructions: [ ] Saturday Delivery Extra Charge Express Only Not available to all locations [ ] Hold at Airborne [ ] Lab Pack [ ]
Declared Value [ ] or Full Insurance [ ] $ Shipment Valuation
Received At [ ] Drop Box # [ ] Airborne Terminal
SENDER'S COPY
Service Type: [X] One box must be checked with an "X". Assumed Express Service unless otherwise noted. Next Afternoon Shipments over 5 lbs will be charged at the Express rate. Next Afternoon delivery to Gold Red destinations only.
ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE AIRBILL. SCAC-ARB FED I.D. NO. 91-0837469
AIRBORNE EXPRESS
PO BOX 662, SEATTLE, WA 98111-0662
1-800-247-2676

---

FROM (Company) BANNUM
Street Address STE 125
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-588-2594
TO (Company) Atlanta Management Center Federal Bureau of Prisons
Street Address 505 McDonough Blvd. S.E.
City Atlanta State Ga ZIP CODE (Required) 30315
Attention: (Name/Dept) Karen James Phone Number (Important) 404-624-8141
Description 1034- Bannum Place of 'Florence
Date 5/6/98
FOR SHIPMENTS WITHIN U.S. ONLY
PLEASE TYPE OR PRINT

Preprint Format No. 65850360 Origin PIE Airbill Number 4421175485
Method of Payment: [X] Bill Sender ▶ 39908860 Assumed sender unless otherwise noted. Airborne Sender account no.
[ ] Bill Receiver ▶ Airborne Receiver account no.
[ ] Bill 3rd Party ▶ Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice
No. of Pkgs 1 Weight (LBS.) 1 Check if [X] Letter Express [ ] Express Pack
Special Instructions: [ ] Saturday Delivery Extra Charge Express Only [ ] Hold at Airborne [ ] Lab Pack
Service Type: [X]
AIRBORNE EXPRESS

DCAA001264

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT WAS DUE |
|---|---|---|---|---|
| 5/21/98 | 39908860 | | G8512906 | 6/05/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM MSE
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER<br>ORIGIN / DEST<br>SHIP DATE<br>YOU OWE AS<br>DESCRIPTION | CUSTOMER NUMBER<br>SENDER<br>SENT BY<br>REFERENCE NUMBER<br>ACCOUNTING CONTROL | CUSTOMER NUMBER<br>RECEIVER<br>ATTENTION<br>RECEIVED BY<br>DELIVERY DATE/TIME<br>ACCOUNTING CONTROL | REC AT<br># PCS<br>WEIGHT<br>CHG WGT<br>SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 4421173481<br>PIE / HOT<br>5/07/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE 600 | FEDERAL BUREAU OF PRISONS<br>COMMUNITY CORRECTIONS OFF<br>515 RUSK ROOM 12024<br>HOUSTON<br>TX 77002<br>CYNTHISA RICHARDS 713-718<br>C RICHARD RC<br>5/08/98 11:25 | DB<br>1<br>LX<br>1R<br>52157 | EXP | 12.86 | |
| | | ADJUSTMENT | 6/11/98 | | 3.41CR | $9.45 |
| 4421173584<br>PIE / MGM<br>5/07/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE 600 | COMMUNITY PROGRAMS OFICE<br>FED BUREAU OF PRISIONS<br>15 LEE ST ROOM B-18<br>MONTGOMERY<br>AL 36104<br>VIVIAN 334-223-7464<br>Y WHITE RC<br>5/08/98 10:47 | DB<br>1<br>LX<br>1R<br>52157 | EXP | 12.86 | |
| | | ADJUSTMENT | 6/11/98 | | 3.41CR | $9.45 |
| 8580575835<br>MYR / ATL<br>5/08/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>BETSY WILLIAMS 843-676-00<br>NONE 600 | COMMUNITY CORRECTIONS<br>MANAGEMENT CTR<br>505 MCDONOUGH BLVD SE<br>ATLANTA<br>GA 30315<br>JERRY PEARSON CCM<br>C STURDVANT DR<br>5/11/98 10:59 | SD<br>1<br>LX<br>52157 | EXP<br>SAT | 9.45<br>10.00 | |
| | | ADJUSTMENT | 6/11/98 | | 10.00CR | $9.45 |
| 4421155583<br>PIE / LAS<br>5/11/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770 018<br>813-588-2594<br>NONE | JON LOWRY<br>APT-2030<br>8101 W FLAMINGO<br>LAS VEGAS<br>NV 89117<br>JON LOWRY<br>FB RD<br>5/12/98 11:44 | DB<br>1<br>LX<br>52157/AF | NAS | 8.40 | $8.40 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
4/25/98 YJHH
0000076 0002996

AIRBORNE EXPRESS

DCAA001265

AIRBORNE EXPRESS

# ORIGINAL INVOICE



| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING ---> | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 5/28/98 | 39908860 | | G9927072 | 6/12/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM M5E
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE | CUSTOMER NUMBER SENDER | CUSTOMER NUMBER RECEIVER | REC AT # PCS | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 4421157381 PIE / DCA 5/20/98 SENDER | 39908860 M5E BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 DAVID LOWRY 813-588-2594 NONE | U S DEPARTMENT OF JUSTICE 320 FIRST STREET N W WASHINGTON DC 20534 LEAH WILSON B LANCON | DB 1 LX 52157 | EXP | 9.45 | $9.45 0.00 $9.45 |
| 4421157404 PIE / CRW 5/20/98 SENDER | 39908860 M5E BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE | BANNUM PLACE OF CHARLESTON 5904 MACCORKLE AVE S W SAINT ALBANS WV 25177 CATHY BELLEW M ASHFORD | DB 1 LX 52157/AF | NAS | 8.40 | 0.11 $8.40 |

Airbill (Sender's Copy):

FROM (Company): BANNUM
Street Address: STE 126, 1301 SEMINOLE BLVD
City: LARGO State: FL ZIP CODE (Required): 33770
Sent by (Name/Dept): David Lowry Phone Number: 813-588-2594

TO (Company): U.S. Department of Justice
Street Address: 320 First Street NW
City: Washington State: DC ZIP CODE (Required): 20534
Attention (Name/Dept): Leah Wilson
Description: letter

Preprint Format No.: 65850360 Origin: PIE Airbill Number: 4421157381
Method of Payment: [X] Bill Sender ▶ 39908860 Airborne Sender account no.
[ ] Bill Receiver ▶ Airborne Receiver account no.
[ ] Bill 3rd Party ▶ Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice

Service Type: [X]
No. of Pkgs: 1 Weight: 1 Check If: [X] Letter Express [ ] Express Pack
Special Instructions: [ ] Saturday Delivery [ ] Hold at Airborne [ ] Lab Pack
Declared Value [ ] or Full Insurance [ ] $ Shipment Valuation
Sender's Signature: Vara Wooldridge Date: 5-20-98
Airborne Signature / Route No. / Date / Time
Received At: [ ] Drop Box # [ ] Airborne Terminal

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE AIRBILL.

AIRBORNE EXPRESS PO BOX 662, SEATTLE, WA 98111-0662 1-800-247-2676
http://www.airborne-express.com SENDER'S COPY
PLEASE TYPE OR PRINT — FOR SHIPMENTS WITHIN U.S. ONLY

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NEXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
5/29/98

AIRBORNE EXPRESS

DCAA001266

EXPRESS

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 6/04/98 | 39988860 | | H2342572 | 6/19/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM M5E
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS WEIGHT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 8580576130<br>MYR / ATL<br>5/22/98<br>SENDER | 39988860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>BETSY WILLIAMS -676-0037<br>NONE | COMMUNITY CORRECTIONS<br>OFFICE<br>505 MCDONOUGH BLVD SE<br>ATLANTA<br>GA 30315<br>JERRY PEARSON 404-624-814<br>W BRONSON | SD<br>1<br>LX<br>52157/AF | NAS | 8.40 | 000<br>$8.40 |
| 4421170983<br>CRP / LAS<br>5/26/98<br>SENDER | 39988860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | WALKER FURNITURE<br>LUTHER KING BLVD<br>301 SOUTH MARTIN<br>LAS VEGAS<br>NV 89106<br>TODD BINDER<br>T HALL | SD<br>1<br>LX<br>52157 | EXP | 9.45 | 000<br>$9.45 |
| 4421158383<br>PIE / BPT<br>5/27/98<br>SENDER | 39988860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | V & M CATERING<br>ROUTE 1 BOX 526<br>SILSBEE<br>TX 77656<br>409-386-0211<br>LD-BD | DB<br>1<br>LX<br>52157/AF | NAS | 8.40 | 000<br>$8.40 |
| 4421170482<br>PIE / RNO<br>5/27/98<br>SENDER | 39988860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | DAVID KEEVER/BANNUM OF<br>RENO<br>245 GENTRY WAY<br>RENO<br>NV 89502<br>WAYNE MCMERAK 702-829-758<br>M WILLIAMS | DB<br>1<br>LX<br>52157 | EXP | 9.45 | 018<br>$9.45 |
| 4421170283<br>PIE / LAS<br>5/28/98<br>SENDER | 39988860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | JONATHAN LOWRY APT-2030<br>8101 WEST FLAMIGO<br>LAS VEGAS<br>NV 89117<br>702-220-7738<br>FD | DB<br>1<br>LX<br>52157/AF | NAS | 8.40 | 000<br>$8.40 |

X

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COD=COD FEE, SAT=SATURDAY DELIVERY
NAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
6/05/98
0000093 0000738

AIRBORNE EXPRESS

EXPRESS

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | DUE DATE |
|---|---|---|---|---|
| 6/04/98 | 39908860 | | H2342572 | 6/19/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM M5E
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER<br>ORIGIN / DEST<br>SHIP DATE<br>YOU OWE AS<br>DESCRIPTION | CUSTOMER NUMBER<br>SENDER<br>SENT BY<br>REFERENCE NUMBER<br>ACCOUNTING CONTROL | CUSTOMER NUMBER<br>RECEIVER<br>ATTENTION<br>RECEIVED BY<br>ACCOUNTING CONTROL | REC AT<br># PCS<br>WEIGHT<br>CHG WGT<br>SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 4421170386<br>PIE / BWG<br>5/28/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | PATTI SCHULTZ<br>388 YELLOW BUCKEYE LANE<br>GLASGOW<br>KY 42142<br>502-646-3720<br>LD FD | DB<br>1<br>LX<br>52157/AF | MAS | 8.40 | 000<br>$8.40 |
| 4421170804<br>PIE / DCA<br>5/29/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BUREAU OF PRISONS-DOS<br>CCC CONTRACTING<br>320 FIRST ST NW<br>WASHINGTON<br>DC 20534<br>LEAH WILSON 202-307-3070<br>L PARKER | DB<br>1<br>LX<br>52157 | EXP | 9.45 | 000<br>$9.45 |
| 4421171086<br>PIE / TLH<br>5/29/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | HILAR SKAGFIELD<br>270 CROSSWAY RD<br>TALLAHASSEE<br>FL 32310<br>850-878-1144<br>V CARROLL | DB<br>1<br>LX<br>52157 | EXP | 9.45 | 000<br>$9.45 |

SUBTOTAL SENDER CUSTOMER NO.: 39908860 NO. SHIPMENTS: 8 71.40

| | | | | | | |
|---|---|---|---|---|---|---|
| 6656692324<br>MGM / PIE<br>5/22/98<br>3RD PARTY | 42159326<br>BANNUM PLACE<br>540 SAYRE ST<br>MONTGOMERY<br>AL 36104<br>JACQUELYN B 334-262-0227<br>NONE | BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>ANN 813-588-2594<br>A HAMBSCH | SD<br>1<br>LX<br>52157/AF | MAS | 8.40 | 008<br>$8.40 |

SUBTOTAL SENDER CUSTOMER NO.: 42159326 NO. SHIPMENTS: 1 8.40

| | | | | | | |
|---|---|---|---|---|---|---|
| 2679681130<br>CRW / PIE<br>5/26/98<br>3RD PARTY | 44534208<br>BANNUM CHARLESTON<br>5904 MACCORKLE AVE<br>SAINT ALBANS<br>WV 25177<br>CATHY BELLEW 304-768-6625<br>NONE | BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>M LOWRY 813-588-2594<br>S WOOLDRIDGE | SD<br>1<br>2<br>1R<br>52157/AF | MAS | 9.98 | 011<br>$9.98 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
MAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
6/05/98

0000093 0000739

AIRBORNE EXPRESS

DCAA001268

AIRBORNE EXPRESS

ORIGINAL INVOICE

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 6/11/98 | 39908860 | | H3719874 | 6/26/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM MSE
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER<br>ORIGIN / DEST<br>SHIP DATE<br>YOU OWE AS<br>DESCRIPTION | CUSTOMER NUMBER<br>SENDER<br>SENT BY<br>REFERENCE NUMBER<br>ACCOUNTING CONTROL | CUSTOMER NUMBER<br>RECEIVER<br>ATTENTION<br>RECEIVED BY<br>ACCOUNTING CONTROL | REC AT<br># PCS<br>WEIGHT<br>CHG WGT<br>SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 4421169885<br>PIE / FLO<br>6/01/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BANNUM PL OF FLORENCE<br>1219 WEST EVANS ST<br>FLORENCE<br>SC 29503<br>BETH WILLIAMS 803-676-803<br>D MCELVEEN | DB<br>1<br>LX<br>52157 | EXP | 9.45 | 015<br>$9.45 |
| 4421169981<br>PIE / GSO<br>6/01/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BANNUM PLACE OF<br>GREENSBORO<br>131 MANLEY AVE<br>GREENSBORO<br>NC 27404<br>DAVID LINDEMAN 336-852-77<br>D COFER<br>ADDITIONAL SHIPMENT INFORMATION:<br>OTH-LAB PACK HANDLING CHARGE | DB<br>1<br>LX<br>52157 | EXP<br>OTH | 9.45<br>.75 | 013<br>$10.20 |
| 4421170585<br>PIE / BPT<br>6/01/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BANNUM PLACE OF BEAUMONT<br>STE A<br>1310 PENNSYLVANIA AVE<br>BEAUMONT<br>TX 77701<br>MICHAEL CHLOSTA 409-835-7<br>L BERNARD | DB<br>1<br>LX<br>52157 | EXP | 9.45 | 004<br>$9.45 |
| 4421170681<br>PIE / CRW<br>6/01/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | BANNUM PL OF CHARLESTON<br>5904 MAC CORKLE AVE SW<br>SAINT ALBANS<br>WV 25177<br>MICHAEL HATFIELD 304-768-<br>S HATFIELD | DB<br>1<br>LX<br>52157 | EXP | 9.45 | 011<br>$9.45 |
| 8500575334<br>MYR / ATL<br>6/01/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>DEMETRIA 846-676-0037<br>NONE | COMMUNITY CORRECTIONS<br>OFFICE<br>505 MCDONOUGH BLVD S<br>ATLANTA<br>GA 30315<br>DIANE EASTER 404-624-8144<br>K JAMES | SB<br>1<br>LX<br>52157/AF | NAS | 8.40 | 000<br>$8.40 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, CDF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS

6/12/98

0000515 0030686

AIRBORNE EXPRESS

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 6/11/98 | 39908860 | | H3719074 | 6/26/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM MSE
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS WEIGHT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 4421168604 PIE / SAV 6/02/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 DAVID A LOWRY 813-588-259 NONE | BANNUM PLACE OF SAVANNAH 804 L P OWENS DR BLVD1010 GARDEN CITY GA 31408 KAREN BELL 912-963-0121 T FORCINE | DB 1 LX 52157 | EXP | 9.45 | 010 $9.45 |
| 8580575430 MYR / ATL 6/02/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 BETSY WILLIAMS 843-676-60 NONE | COMMUNITY CORRECTIONS OFFICE 305 MCDONOUGH BLVD SE ATLANTA GA 30315 DIANE EASTER 404-624-8144 T PRICE | SD 1 LX 52157/AF | NAS | 8.40 | 000 $8.40 |
| 4421158980 PIE / CKB 6/03/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 CARRIE CLOPTON 813-588-25 NONE | BANNUM PLACE OF CLARKSBURG 260 MONTICELLO AVE CLARKSBURG WV 26301 BILL 304-624-7634 B COBOSKY | DB 1 LX 52157/AF | NAS | 8.40 | 016 $8.40 |
| 4421159186 PIE / GSO 6/03/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 CATHY BELLER 813-588-2594 NONE | BANNUM PLACE OF GREENSBORO 131 MANLEY AVE GREENSBORO NC 27404 LINDEMAN 336-852-7700 B COFER | DB 1 LX 52157/AF | NAS | 8.40 | 013 $8.40 |
| 4421159202 PIE / TLH 6/03/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 CARRIE CLOPTON 813-588-25 NONE | CREATIVE RESIDENTIAL 203 N GADSDEN ST STE 2-B TALLAHASSEE FL 32301 904-204-7526 J WYNN | DB 1 LX 52157 | EXP | 9.45 | 000 $9.45 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SEAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
6/12/98

0000515 0030688

AIRBORNE EXPRESS

DCAA001270

EXPRESS

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 6/11/98 | 39908860 | | H3719074 | 6/26/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM MSE
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER<br>ORIGIN / DEST<br>SHIP DATE<br>YOU OWE AS<br>DESCRIPTION | CUSTOMER NUMBER<br>SENDER<br>SENT BY<br>REFERENCE NUMBER<br>ACCOUNTING CONTROL | CUSTOMER NUMBER<br>RECEIVER<br>ATTENTION<br>RECEIVED BY<br>ACCOUNTING CONTROL | REC AT<br># PCS<br>WEIGHT<br>CHG WGT<br>SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 4421160380<br>PIE / MGM<br>6/04/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>CATHY BELLEW 813-588-2594<br>NONE | BAN PLACE OF MONTGOMERY<br>540 SAYRE ST<br>MONTGOMERY<br>AL 36101<br>DAVIS 334-262-0227<br>J BELL | DB<br>1<br>LX<br>52157/AF | NAS | 8.40 | 008<br>$8.40 |
| 4421160483<br>PIE / MGM<br>6/04/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>CATHY BELLEW 813-588-2594<br>NONE | COMMUNITY PROGRAMS OFFICE<br>PROGRAMS OFFICE<br>15 LEE ST ROOM B-18<br>MONTGOMERY<br>AL 36104<br>SPENCER CLM 334-223-7464<br>V WHITE | DB<br>1<br>LX<br>52157/AF | NAS | 8.40 | 000<br>$8.40 |
| 4421160586<br>PIE / SAV<br>6/04/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>CATHY BELLEW 813-588-2594<br>NONE | KAREN BELL DIRECTOR<br>BLDG #1010<br>804 L P OWENS DR<br>GARDEN CITY<br>GA 31408<br>KAREN BELL 912-563-0032<br>K BELL | DB<br>1<br>LX<br>52157 | EXP | 9.45 | 010<br>$9.45 |
| 8262084781<br>PIE / ACT<br>6/04/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>PATTI 813-588-2594<br>NONE | PATSY MERCER<br>708 CRAIG<br>HILLSBORO<br>TX 76645<br>PATSY 254-582-9920<br>LB FD | DB<br>1<br>1<br>52157/AF | NAS | 9.98 | 000<br>$9.98 |
| 4421160682<br>PIE / DCA<br>6/05/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>CARRIE CLOPTON 813-588-25<br>NONE | CCC CONTRACTING FEDERAL<br>BUREAU OF PRISONS<br>320 FIRST ST NW<br>WASHINGTON<br>DC 20534<br>LEATT WILSON<br>L PARKER | DB<br>1<br>LX<br>52157 | EXP | 9.45 | 000<br>$9.45 |

SUBTOTAL SENDER CUSTOMER NO.: 39908860 NO. SHIPMENTS: 40 340.13

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NEXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
6/12/98
0008515 0030691

AIRBORNE EXPRESS

DCAA001271

AIRBORNE EXPRESS

ORIGINAL INVOICE

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING ---> | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 6/18/98 | 39908860 | | H5222906 | 7/03/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM MSE
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS WEIGHT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 4421166502<br>PIE / MGM<br>6/09/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | FEDERAL BUREAU OF<br>PRISONS COMMUNITY PROGRAM<br>15 LEE ST RM B-18<br>MONTGOMERY<br>AL 36104<br>VIVIAN 334-223-7464<br>V WHITE | DB<br>1<br>LX<br>1R<br>52157 | EXP | 12.86 | 000<br>$12.86 |
| 4421165781<br>PIE / ATL<br>6/09/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | ATLANTA MANAGEMENT<br>CENTERS FEDERAL BUREAU OF<br>505 MC DONOUGH BLVD S E<br>ATLANTA<br>GA 30315<br>KAREN JAMES 404-624-8141<br>KK JAMES | DB<br>1<br>LX<br>1R<br>52157 | EXP | 12.86 | 000<br>$12.86 |
| 4421167380<br>PIE / RLE<br>6/09/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | COMMUNITY CORRECTIONS<br>OFFICE FEDERAL BUREAD OF<br>310 NEW BERN AVE ROOM 303<br>RALEIGH<br>NC 27601<br>LARRY JONES 910-856-4548<br>E BURKE | DB<br>1<br>LX<br>1R<br>52157 | EXP | 12.86 | 000<br>$12.86 |
| 4421165804<br>PIE / HOT<br>6/10/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | COMMUNITY CORRECTIONS<br>OFFICE FEDERAL BUREAU OF<br>515 RUSK ROOM 12024<br>HOUSTON<br>TX 77002<br>CYNTHIA RICHARDS 713-718-<br>C RICHARD | DB<br>1<br>LX<br><br>52157 | EXP | 9.45 | 000<br>$9.45 |
| 4421166186<br>PIE / DCA<br>6/10/98<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | CCC CONTRACTING<br>FEDERAL BUREAU OF PRISONS<br>320 FIRST ST NW<br>WASHINGTON<br>DC 20534<br>LEAH WILSON 202-307-3070<br>B LANCON<br>ADDITIONAL SHIPMENT INFORMATION:<br>DIMENSION: 1 24X 18X 18 | SD<br>1<br>1<br>41 D<br>52157 | EXP | 61.95 | 000<br>$61.95 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
HAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
6/19/98

AIRBORNE EXPRESS

DCAA001272

AIRBORNE EXPRESS

ORIGINAL INVOICE

| INVOICE DATE | CUSTOMER NUMBER |
|---|---|
| 7/09/98 | 39908860 |

REFER TO THIS NUMBER WHEN REMITTING

| INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|
| H9572253 | 7/24/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM M5E
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS WEIGHT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 4421163983 BNA / PIE 6/29/98 SENDER | 39908860 M5E BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 ARNIE 813-588-2594 NONE 000 | BANRIUM 1301 SEMINSLE BLVD # 126 LARGO FL 34640 ANNIE 813-588-2594 O VEBEDING | SD 1 LX 52157 | EXP | 9.45 | $9.45 |
| 6901000175 PIE / DCA 6/30/98 SENDER | 39908860 M5E BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE 006 | U S DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS 320 FIRST ST NW WASHINGTON DC 20534 LEAH WILSON 202-307-3070 A COLES | SD 1 LX 1R 52157 | EXP | 12.86 | $12.86 |

FROM (Company) BANNUM
Street Address STE 126
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-588-2594
TO (Company) U.S. Department of Justice
Federal Bureau of Prisons
Street Address 320 First Street, NW
City Washington, State DC ZIP CODE (Required) 20534
Attention: (Name/Dept) Leah Wilson Phone Number (important) (202) 307-3070
Description letter
THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature ▸ Olivia Uebeeling Date 6/30/98
Airborne Signature Route No. Date Time

Preprint Format No. 65850360 Origin PIE Airbill Number 6901000175
Method of Payment Assumed sender unless otherwise noted
[X] Bill Sender ▸ 39908860 Airborne Sender account no.
[ ] Bill Receiver ▸ Airborne Receiver account no.
[ ] Bill 3rd Party ▸ Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice
NO. OF PIECES 1 WEIGHT (LBS.) CHECK IF [X] LETTER EXPRESS [ ] EXPRESS PACK
Special Instructions
[ ] Saturday Delivery Extra Charge Express Only Not available to all locations [ ] Hold at Airborne
[ ] Lab Pack [ ]
Declared Value [ ] or Full Insurance [ ] $ Shipment Valuation
Received At [ ] Drop Box # [ ] Airborne Terminal

Service Type One box must be checked with an "X". Next Afternoon Shipments over 5 lbs will be charged at the Express rate. Next Afternoon delivery to Best Rent destinations only.

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THE NONNEGOTIABLE AIRBILL. SCAC-AIRB FED I.D. NO. 91-0837469

FOR SHIPMENTS WITHIN U.S. ONLY PLEASE TYPE OR PRINT

http://www.airborne-express.com SENDER'S COPY

AIRBORNE EXPRESS PO BOX 662, SEATTLE, WA 98111-0662 1-800-247-2676

005 = 115.66
006 = 19.43
008 = 32.55
012 = 42.80
013 = 30.19
014 = 104.47

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
HAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
7/10/98

0000449 0027202

AIRBORNE EXPRESS

AIRBORNE EXPRESS

ORIGINAL INVOICE



| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 7/09/98 | 39908860 | | H9572253 | 7/24/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM M5E
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER / ORIGIN / DEST / SHIP DATE / YOU OWE AS / DESCRIPTION | CUSTOMER NUMBER / SENDER / SENT BY / REFERENCE NUMBER / ACCOUNTING CONTROL | CUSTOMER NUMBER / RECEIVER / ATTENTION / RECEIVED BY / ACCOUNTING CONTROL | REC AT / # PCS / WEIGHT / CHG WGT / SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 6901016872<br>PIE / DCA<br>7/02/98<br>SENDER | 39908860 M5E<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE 000 | FEDERAL BUREAU OF PRISONS<br>CCC CONTRACTING<br>320 FIRST STREET N W<br>WASHINGTON<br>DC 20534<br>LEAH WILSON 202-307-3069<br>S DIXON | DB<br>1<br>LX<br>52157 | EXP | 9.45 | $9.45 |
| [illegible] | 39908860 M5E | | DB | EXP | 12.86 | |

FROM (Company) BANNUM
Street Address STE 126 1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-588-2594
TO (Company) Federal Bureau of Prisons
CCC Contracting
Street Address 320 First Street, NW
City Washington State DC ZIP CODE (Required) 20534
Attention (Name/Dept) Leah Wilson Phone Number (Important) (202) 307-3069
Description Letter
THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature Oliver Heberling Date 7/2/98
Airborne Signature Route No. Date Time

Preprint Format No. 658503600 Origin PIE Airbill Number 6901016872
Method of Payment: [X] Bill Sender ▶ 39908860 Airborne Sender account no.
[ ] Bill Receiver ▶ Airborne Receiver account no.
[ ] Bill 3rd Party ▶ Airborne Customer account no.
[ ] Paid in Advance Chek No. Amount $
Billing Reference will appear on invoice
Service Type [X]
No. of Pieces 1 Weight (lbs) Letter Express [X]
Special Instructions: [ ] Saturday Delivery Extra Charge Express Only [ ] Hold at Airborne [ ] Lab Pack
Declared Value [ ] or Full Insurance [ ] Shipment Valuation $
Received At [ ] Drop Box # [ ] Airborne Terminal

AIRBORNE EXPRESS
PO BOX 662, SEATTLE, WA 98111-0662
1-800-247-2676
http://www.airborne-express.com
SENDER'S COPY

| | | | | | | |
|---|---|---|---|---|---|---|
| CRW / PIE<br>7/01/98<br>SENDER | 5904 MACCORKLE AVE<br>SAINT ALBANS<br>WV 25177<br>MELVIN ASHFORD 304-768-48<br>NONE OK | STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>ANNIE HUMBSCHJ 813-588-25<br>O HEBERLING<br>ADDITIONAL SHIPMENT INFORMATION:<br>OTH-ID SERVICE FEE | 52157/AF | | | $16.29 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NOT AFTERNOON SRVC, SBS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
7/10/98
0008449 0027208

AIRBORNE EXPRESS

DCAA001274

AIRBORNE EXPRESS

ORIGINAL INVOICE



| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 7/16/98 | 39908860 | | J1912562 | 7/31/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM MSE
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER ORIGIN / DEST SHIP DATE YOU OWE AS DESCRIPTION | CUSTOMER NUMBER SENDER SENT BY REFERENCE NUMBER ACCOUNTING CONTROL | CUSTOMER NUMBER RECEIVER ATTENTION RECEIVED BY ACCOUNTING CONTROL | REC AT # PCS WEIGHT CHG WGT SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 6901014875 PIE / SDF 7/09/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 000 NONE | JANE LOWRY 1900 JAN LYN JEFFERSONTOWN KY 40299 LETTER 502-267-1424 FD | DB 1 LX 52157/AF | NAS | 8.40 | $8.40 |
| 6901014971 PIE / MGM 7/09/98 SENDER | 39908860 MSE BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 000 NONE | BUREAU OF PRISONS COMM CORRECTIONS OFFICE 15 LEE STREET ROOM B-18 MONTGOMERY AL 36101 LARRY SPENCER V WHITE | DB 1 LX 52157 | EXP | 9.45 | $9.45 |

FROM (Company) BANNUM
Street Address STE 126
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-588-2594

TO (Company) Federal Bureau of Prisons Community Corrections office
Street Address 15 Lee Street, Room B-18
City Montgomery State AL ZIP CODE (Required) 36101
Attention: (Name/Dept) Phone Number (Important)
Larry Spencer
Description Documents

Preprint Format No. 65850360 Origin PIE Airbill Number 6901014971

Method of Payment (Assumed sender unless otherwise noted)
[X] Bill Sender ▶ 39908860 Airborne Sender account no.
[ ] Bill Receiver ▶ Airborne Receiver account no.
[ ] Bill 3rd Party ▶ Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice

Service Type: One box must be checked with an "X". Assumed Express Service unless otherwise noted. [X] Express

NO. OF PKGS 1 WEIGHT (LBS) 3 CHECK IF [X] LETTER EXPRESS [ ] EXPRESS PAK

Special Instructions
[ ] Saturday Delivery Extra Charge Express Only Not available to all locations [ ] Hold at Airborne
[ ] Lab Pack [ ]

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE AIRBILL. SCAC-AIRB FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS

Declared Value [ ] or Full Insurance [ ] Shipment Valuation $

Sender's Signature ▶ Brian Bannum Date 7/9/98

Airborne Signature Route No. Date Time

Received At [ ] Drop Box # [ ] Airborne Terminal

AIRBORNE EXPRESS PO BOX 662, SEATTLE, WA 98111-0662 1-800-247-2676

$9

http://www.airborne-express.com SENDER'S COPY

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
7/17/98

AIRBORNE EXPRESS

DCAA001275

FROM (Company) BANNUM
Street Address STE 125
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-588-2594

TO (Company) Federal Bureau of Prisons
Community Corrections Office
Street Address 15 Lee Street. Room B-18
City Montgomery State AL ZIP CODE (Required) 36101
Phone Number (important)
Attention: (Name/Dept) Spencer
Description Med Bill Service

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature Olivia Hebeling Date 7/6/98
Airborne Signature Route No. Date Time

Preprint Format No. 65850360 Origin PIE Airbill Number 6901015472
Method of Payment (Assumed sender unless otherwise noted)
[X] Bill Sender ▶ 39908860 Airborne Sender account no.
[ ] Bill Receiver ▶ Airborne Receiver account no.
[ ] Bill 3rd Party ▶ Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice

Service Type: One box must be checked with an "X". Assumed Express Service unless otherwise noted. [X]
Next Afternoon Shipments over 5 lbs will be charged at the Express rate. Next Afternoon delivery to Best Fed destinations only.

NO. OF PKGS 1 | WEIGHT (LBS) | CHECK IF [X] LETTER EXPRESS [ ] EXPRESS PAK

Special Instructions
[ ] Saturday Delivery Extra Charge Express Only Not available in all locations
[ ] Hold at Airborne
[ ] Lab Pack
Declared Value [ ] or Full Insurance [ ] Shipment Valuation $
Received At [ ] Drop Box # [ ] Airborne Terminal

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE AIRBILL. SCAC-AIRB FED I.D. NO. 91-0837469

AIRBORNE EXPRESS
PO BOX 662, SEATTLE, WA 98111-0662
1-800-247-2676

SENDER'S COPY
http://www.airborne-express.com

---

FROM (Company) BANNUM
Street Address STE 126
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-588-2594

TO (Company) Federal Bureau of Prisons
Community Corrections office
Street Address 15 Lee Street, Room B-18
City Montgomery State AL ZIP CODE (Required) 36101
Attention: (Name/Dept) Phone Number (important)
Larry Spencer
Description Documents

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature Date 7/9/98
Airborne Signature Route No. Date Time

Preprint Format No. 65850360 Origin PIE Airbill Number 6901014971
Method of Payment (Assumed sender unless otherwise noted)
[X] Bill Sender ▶ 39908860 Airborne Sender account no.
[ ] Bill Receiver ▶ Airborne Receiver account no.
[ ] Bill 3rd Party ▶ Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice

Service Type: One box must be checked with an "X". Assumed Express Service unless otherwise noted. [X]
Next Afternoon Shipments over 5 lbs will be charged at the Express rate. Next Afternoon delivery to Best Fed destinations only.

NO. OF PKGS 1 | WEIGHT (LBS) 3 | CHECK IF [X] LETTER EXPRESS [ ] EXPRESS PAK

Special Instructions
[ ] Saturday Delivery Extra Charge Express Only Not available in all locations
[ ] Hold at Airborne
[ ] Lab Pack
Declared Value [ ] or Full Insurance [ ] Shipment Valuation $
Received At [ ] Drop Box # [ ] Airborne Terminal

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE AIRBILL. SCAC-AIRB FED I.D. NO. 91-0837469

AIRBORNE EXPRESS
PO BOX 662, SEATTLE, WA 98111-0662
1-800-247-2676

SENDER'S COPY
http://www.airborne-express.com

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 7/16/98 | 39908860 | | J1912562 | 7/31/98 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM M5E
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

AIRBILL NUMBER

FROM (Company) BANNUM
Street Address STE 126
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 813-588-2594
TO (Company) Bureau of Prisons
C C Contracting
Street Address 320 First Street, N.W.
City Washington State D.C. ZIP CODE (Required) 20534
Attention (Name/Dept) Leah Wilson Phone Number (Important)
Description Letter
THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature Olivia Heberling Date 7/10/98
Airborne Signature Route No. Date Time

Preprint Format No. 65850360 Origin PIE Airbill Number 6901014573
Method of Payment: [X] Bill Sender 39908860 Airborne Sender account no. / [ ] Bill Receiver / [ ] Bill 3rd Party / [ ] Paid in Advance
Billing Reference will appear on invoice
Service Type: [X]
No. of Pieces 1 | Weight | Check if: [X] Letter Express [ ] Express Pack
Special Instructions: [ ] Saturday Delivery [ ] Hold at Airborne [ ] Lab Pack
Declared Value [ ] or Full Insurance [ ] $ Shipment Valuation
Received At [ ] Drop Box # [ ] Airborne Terminal

AIRBORNE EXPRESS PO BOX 662, SEATTLE, WA 98111-0662 1-800-247-2676
SENDER'S COPY
http://www.airborne-express.com

| | | | | | | |
|---|---|---|---|---|---|---|
| | 813-588-2594 NONE | TX 78405 512-879-0047 M DIAZ | | | | $9.45 |
| 6901014573 PIE / DCA 7/10/98 SENDER | 39908860 M5E BANNUM STE 126 1301 SEMINOLE BLVD LARGO FL 33770 813-588-2594 NONE 006 | C C C ACCOUNTING BUREAU OF PRISONS 320 FIRST ST N W WASHINGTON DC 20534 LEAH WILSON A DIXON | DB 1 LX 52157 | EXP | 9.45 | $9.45 |

SUBTOTAL SENDER CUSTOMER NO.: 39908860 NO. SHIPMENTS: 29 271.95

| | | | | | | |
|---|---|---|---|---|---|---|
| 6656692722 MGM / PIE 7/07/98 3RD PARTY | 42159326 BANNUM PLACE 540 SAYRE ST MONTGOMERY AL 36104 JAC BER 334-262-0227 NONE 008 | BANNUM INC STE 126 1301 SEMINOLE BLVD LARGO FL 33770 ANNIE 813-588-2594 O HEBERLING | SD 1 LX 52157 | EXP | 9.45 | $9.45 |

SUBTOTAL SENDER CUSTOMER NO.: 42159326 NO. SHIPMENTS: 1 9.45

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
HAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469
THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
7/17/98
0000461 00027191

AIRBORNE EXPRESS

| CUSTOMER NUMBER | | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|
| 39908860 | | N6051216 | 2/12/99 |

PORTION

BANNUM MSE
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER / ORIGIN / DEST / SHIP DATE / YOU OWE AS / DESCRIPTION | CUSTOMER NUMBER / SENDER / SENT BY / REFERENCE NUMBER / ACCOUNTING CONTROL | CUSTOMER NUMBER / RECEIVER / ATTENTION / RECEIVED BY / ACCOUNTING CONTROL | REC AT / # PCS / WEIGHT / CHG WGT / SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 4712575243<br>PIE / CRW<br>1/20/99<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>727-588-2594<br>NONE | CATHY BELLEW OPERATION<br>DIRECTOR<br>5904 MACCORKLE AVE SW<br>SAINT ALBANS<br>WV 25177<br>304-768-6625<br>A DARBY | DB<br>1<br>5<br>52157 | EXP | 19.70 | $19.70 |
| 4712575346<br>PIE / CRW<br>1/20/99<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>727-588-2594<br>NONE | CATHY BELLOW OPERATION<br>DIRECTOR<br>5904 MACCROKLE AVE SW<br>SAINT ALBANS<br>WV 25177<br>304-768-6625<br>A DARBY | DB<br>1<br>LX<br>1R<br>52157 | EXP | 12.86 | $12.86 |
| 6901083475<br>PIE / TUP<br>1/20/99<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | DIRECTOR<br>BANNUM PLACE OF TUPELO<br>630 A D CENTER<br>TUPELO<br>MS 38801<br>RAQUEL WELCH 601-841-7888<br>C MAISHALL | DB<br>1<br>LX<br>52157 | EXP | 9.45 | $9.45 |
| 1316710474<br>PIE / MGM<br>1/21/99<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>727-588-2594<br>NONE | LIZ HOME COOKING<br>1677 OAK ST<br>MONTGOMERY<br>AL 36108<br>ELIZABETH MCNEIL 334-281-<br>L MCNEIL | DB<br>1<br>LX<br>52157 | EXP | 9.45 | $9.45 |
| 6901082974<br>PIE / DCA<br>1/21/99<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>813-588-2594<br>NONE | ELAINE PEEBLES FEDERAK BU<br>CCC CONTRACTING<br>320 FIRST ST NW<br>WASHINGTON<br>DC 20534<br>ELAINE PEEBLES<br>L HALL | SB<br>1<br>1<br>36R<br>52157 | EXP | 56.18 | $56.18 |

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PEU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS

1/21/99

0000075 0000670

AIRBORNE EXPRESS

REV. 11/97

DCAA001278

| INVOICE DATE | CUSTOMER NUMBER | REFER TO THIS NUMBER WHEN REMITTING --> | INVOICE NUMBER | PAYMENT DUE DATE |
|---|---|---|---|---|
| 4/01/99 | 39908860 | | Q1229325 | 4/16/99 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

BILL TO: BANNUM MSE
STE 126
1301 SEMINOLE BLVD
LARGO FL 33770

| AIRBILL NUMBER / ORIGIN / DEST / SHIP DATE / YOU OWE AS / DESCRIPTION | CUSTOMER NUMBER / SENDER / SENT BY / REFERENCE NUMBER / ACCOUNTING CONTROL | CUSTOMER NUMBER / RECEIVER / ATTENTION / RECEIVED BY / ACCOUNTING CONTROL | REC AT / # PCS / WEIGHT / CHG WGT / SCALE # | CHG TYPE | CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 6707691056<br>PIE / CRW<br>3/26/99<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>727-588-2594<br>NONE | CATHY BELLEW OPERATIONS<br>DIRECTORS<br>5904 MACCORKLE AVE S W<br>SAINT ALBANS<br>WV 25177<br>304-768-6625<br>B MORRISON | DB<br>1<br>LX<br>52157/AF | NAS | 8.40 | $8.40 |
| 6707691550<br>PIE / MGM<br>3/26/99<br>SENDER | 39908860 MSE<br>BANNUM<br>STE 126<br>1301 SEMINOLE BLVD<br>LARGO<br>FL 33770<br>727-588-2594<br>NONE | FEDERAL BURAU OF PRISONS<br>U S COURTHOUSE ROOM B-18<br>15 LEE ST<br>MONTGOMERY<br>AL 36101<br>LARRY SPENCER<br>V WHITE | DB<br>1<br>LX<br>52157/AF | NAS | 8.40 | $8.40 |

12.86

11.29

16.28

USE THE INTERNATIONAL AIR WAYBILL FOR SHIPMENTS TO PUERTO RICO

FROM (Company) BANNUM
Street Address STE 126
1301 SEMINOLE BLVD
City LARGO State FL ZIP CODE (Required) 33770
Sent by (Name/Dept) Phone Number 727-588-2594

TO (Company) Larry Spencer, CCM
Federal Bureau of Prisons
Street Address U.S.Courthouse Room B-18
15 Lee Street
City Montgomery State AL ZIP CODE (Required) 36101
Attention: (Name/Dept) Phone Number (important)
Larry Spencer
Description

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
Sender's Signature [signature] Date 3/26/99
Airborne Signature Route No. Date Time

Preprint Format No. 56302401 Origin PIE Airbill Number 6707691550
Method of Payment — Assumed sender unless otherwise noted
[X] Bill Sender ▶ 39908860 Airborne Sender account no.
[ ] Bill Receiver ▶ Airborne Receiver account no.
[ ] Bill 3rd Party ▶ Airborne Customer account no.
[ ] Paid in Advance Check No. Amount $
Billing Reference will appear on invoice

Service Type — One box must be checked with an "X". Overnight Express Service unless otherwise noted.
Next Afternoon — Shipments over 5 lbs will be charged at the Express rate. Next Afternoon delivery to Bold Red destinations only.

# of Pkgs | Weight (LBS) | One box must be checked: Letter Express / Express Pack / Other Packaging

Special Instructions
[ ] Saturday Delivery Extra Charge Express Only Not available in all locations
[ ] Hold at Airborne
[ ] Lab Pack
[ ]

Declared Value [ ] or Full Insurance [ ] Shipment Valuation $ .00
Received At [ ] Drop Box # [ ] Airborne Terminal

ABSENT A HIGHER SHIPMENT VALUATION, CARRIERS LIABILITY IS LIMITED TO $100 PER PACKAGE, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE AIRBILL. SCAC-AIRB FED I.D. NO. 91-0837469

AIRBORNE EXPRESS
PO BOX 662, SEATTLE, WA 98111-0662
1-800-247-2676

www.airborne.com SENDER'S COPY

CHG TYPE: EXP=FREIGHT CHARGE, DLV=DELIVERY, PKU=PICKUP, INS=INSURANCE, DCV=DECLARED VALUE, COF=COD FEE, SAT=SATURDAY DELIVERY
NAS=NXT AFTERNOON SRVC, SDS=2ND DAY SRVC
WGT CODE: D=DIMENSIONAL WEIGHT, R=REWEIGHED, LX=LETTER
SCAC - AIRB
FED I.D. NO. 91-0837469

THANK YOU FOR SHIPPING WITH AIRBORNE EXPRESS
4/02/99
0000718 0000940

AIRBORNE EXPRESS
333TWR REV. 11/97 DD

JOSEPH A. CAMARDO, JR.
ATTORNEY AT LAW
127 GENESEE STREET
AUBURN, NEW YORK 13021
WWW.CAMARDO.COM

JOSEPH A. CAMARDO, JR.
NANCY M. CAMARDO*
*admitted to Georgia Bar only
KEVIN M. COX
BRIAN J. SMITH
KEVIN P. RYAN

MANAGER-GOVERNMENT COST/PRICE ANALYST
JOSEPH W. NORRIS, M.B.A.

PHONE (315) 252-3846
FAX (315) 252-3508
E-MAIL: JCAM123@AOL.COM

**Via Overnight Courier**

May 6, 2004

David Lowry
Bannum, Inc.
9180 Oakhurst Road
Suite 4
Seminole, FL 33776

***RE: Bannum, Inc.***
***Proposal Fees***

Dear Dave:

Dave attached is supporting documentation concerning the fees that were part of the REA(s)

The auditor asked for the breakdown of fees for the following counts:

Count 5 Beaumont Standards of Conduct
Count 8 Montgomery
Count 9 Beaumont, Laredo and Corpus Christi

Exhibit 1 contains the fees associated with the standards of conduct REA. The estimated legal fees for administration and proposal preparation were based on the approximate time frame of July 16, 1999 through May 15, 2000 when the investigations problems were causing Bannum to incur extra time and effort. During this period of July 16, 1999 through approximately December 31, 1999 all of the legal fees charged to Bannum for the Beaumont issue dealt with the standard of conduct charges. After that time from January 2000 – May 15, 2000, Bannum allocated only 25% of the time to the REA/claim for legal fees concerning the standard of conduct. In addition Bannum expended additional time in responding to the contract officer's question and compiling its February 1, 2001 response to the Contracting Officer.

D-4

Count 8 – The relevant portion of the fees for the Montgomery REA(s) fees are contained in Exhibit 2. The fees that are for the REA have been highlighted and are:

| | |
|---|---|
| 2/28/01 | $1,106.25 |
| 3/15/01 | $ 317.00 |
| 3/28/01 | $ 502.00 |
| | $1,925.25 |

Count 9 – The relevant portion of the relating to the Beaumont, Laredo and Corpus Christi REA(s) can be found as follows:

In the original Beaumont REA, the fees we estimated at $1800.00, the following are the actual fees incurred with to compiling the REA were (Exhibit 3):

| | |
|---|---|
| 4/30/01 | $ 500.00 |
| 5/15/01 | $ 964.00 |
| | $1,464.00 |

In the Laredo and Corpus Christi REA(s) proposal fees were estimated at $1,000 for each of the contracts. The actual fees incurred for Laredo and Corpus matters are as follows (Exhibit 4):

| Date | Corpus/Laredo |
|---|---|
| 3/31/01 | $ 268.00 |
| 3/31/01 | $ 358.00 |
| 4/15/01 | $ 442.00 + $355.00 |
| 5/15/01 | $ 677.00 |
| | $2,100.00 |

Dave, I have only included the relevant portion of the bills for the above matters. Also, on Count 2, the auditor in his email never asked for any documentation on the fees. If you have any further questions or comments, please do not hesitate to contact the undersigned.

Sincerely,

Joseph W. Norris

Enclosure

2

David Lowry Page 3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | SUBTOTAL: | [redacted] | |
| [redacted] | | | |
| | SUBTOTAL: | [redacted] | |
| | Montgomery | | |
| 2/16/01 | General<br>K. Cox: Discussion with N. Camardo, review of file<br>Montgomery | 1.50<br>100.00/hr | 150.00 |
| 2/17/01 | General<br>K. Cox: Review of file and REA<br>Montgomery | 1.50<br>100.00/hr | 150.00 |
| 2/19/01 | General<br>K. Cox: Telecon with client, discussion with J. Norris, review correspondence from client<br>Montgomery | 1.75<br>100.00/hr | 175.00 |
| 2/20/01 | General<br>K. Cox: Review new documents received from client<br>Montgomery | 2.50<br>100.00/hr | 250.00 |
| 2/21/01 | General<br>K. Cox: Review of file<br>Montgomery | 1.25<br>100.00/hr | 125.00 |

David Lowry



| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 2/26/01 | General<br>J. Camardo: Review faxes, telecon with client<br>Montgomery | 1.00<br>125.00/hr | NO CHARGE |
| | General<br>K. Cox: Discussion with J. Camardo and N. Camardo, telecon with D. Lowry, review of file<br>Montgomery | 1.25<br>100.00/hr | 125.00 |
| | General<br>N. Camardo: Conference with J. Camardo and K. Cox, telecon with D. Lowry, review of file, legal research<br>Montgomery | 2.25<br>125.00/hr | 281.25 |
| 2/27/01 | General<br>N. Camardo: Conference with J. Camardo and K. Cox, review of file, legal research, draft protest to court<br>Montgomery | 4.75<br>125.00/hr | 593.75 |
| | General<br>K. Cox: Review and edit REA<br>Montgomery | 0.17<br>100.00/hr | 17.00 |
| 2/28/01 | General<br>K. Cox: Review and edit REA<br>Montgomery | 1.08<br>100.00/hr | 108.00 |
| | General<br>N. Camardo: Conference with K. Cox and J. Camardo, legal research, drafting and editing protest<br>Montgomery | 2.50<br>125.00/hr | 312.50 |
| | SUBTOTAL: | [ 21.50 | 2,287.50] |

[redacted]

David Lowry



| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| | [redacted] | [redacted] | |
| | SUBTOTAL: | [ 1.15 | 0.00] |
| | Montgomery | | |
| 3/1/01 | General<br>K. Cox: Edit and draft REA, review complaint, discussion with N. Camardo<br>Montgomery | 2.42<br>100.00/hr | 242.00 |
| | General<br>N. Camardo: Draft protest to claim court, conference with K. Cox, legal research, telecon with D. Lowry<br>Montgomery | 3.25<br>125.00/hr | 406.25 |
| 3/2/01 | General<br>K. Cox: Review complaint, discussion with N. Camardo, review and edit REA<br>Montgomery | 3.00<br>100.00/hr | 300.00 |
| | General<br>N. Camardo: Finalize and edit protest, prepare for filing, discussion with K. Cox<br>Montgomery | 2.00<br>125.00/hr | 250.00 |
| 3/5/01 | General<br>K. Cox: Telecon with D. Lowry, edit and revise REA<br>Montgomery | 0.75<br>100.00/hr | 75.00 |
| 3/6/01 | General<br>J. Camardo: Preparation for Court of Claims conference, conference with Court, telecon with client<br>Montgomery | 2.00<br>125.00/hr | 250.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| | SUBTOTAL: | [ 10.21 | 1,021.00] |
| | Montgomery | | |
| 3/27/01 | General<br>J. Norris: Discussion with K. Cox, review of file<br>Montgomery | 0.28<br>100.00/hr | NO CHARGE |
| | General<br>J. Camardo: Preparation for conference call<br>Montgomery | 1.25<br>125.00/hr | 156.25 |
| | General<br>✓ K. Cox: Review of file, prepare for telecon with Judge, telecon with Judge, discussion with J. Camardo and N. Camardo, telecon with D. Lowry, letter to C. Clayton regarding claim<br>Montgomery | 2.25<br>100.00/hr | 225.00 |
| | General<br>N. Camardo: Conference with J. Camardo and K. Cox, telecon with Court of Claim, telecon with Lowry<br>Montgomery | 1.33<br>125.00/hr | NO CHARGE |
| 3/28/01 | General<br>✓ J. Norris: Work on REA/Claim, edit letter, faxes to Bannum<br>Montgomery | 1.70<br>100.00/hr | 170.00 |
| 3/30/01 | General<br>J. Camardo: Telecon on items to add to the claim<br>Montgomery | 0.08<br>125.00/hr | NO CHARGE |
| | General<br>✓ J. Norris: Call with D. Lowry, discussion with J. Camardo, review of file and fax from Lowry<br>Montgomery | 1.07<br>100.00/hr | 107.00 |
| | SUBTOTAL: | [ 7.96 | 658.25] |
| [redacted] | [redacted] | | [redacted] |

Produced on 6-14-04

5-12-02 - atlanta

Taxi 14.00
Food 9.00
Parking 10.00

Count 8

14.00
9.00
10.00
188.00
28.74

249.74

D-5

**Above and Beyond Travel, Inc.**
12533 ULMERTON ROAD • LARGO, FLORIDA 33774
(727) 595-5443 • (800) 881-5702 • FAX (727) 595-6775

AGENT LJ BOOKING REF ZL0J05
77965
LOWRY/DAVID

BANNUM
9180 OAKHURST ROAD
UNIT 5
SEMINOLE FL 33776

DATE: SEP 05 2002 BANNUM

| SERVICES | DATE | FROM | TO | LV | AR | ST |
|---|---|---|---|---|---|---|
| DELTA AIR LINES<br>DL 1036 T | 12SEP<br>THU | TAMPA FL<br>TAMPA INTL<br>AIRCRAFT:<br>SEAT 48E CONFIRMED | ATLANTA GA<br>W B HARTSFIELD<br>BOEING 767-400 | 700A | 833A | |
| DELTA AIR LINES<br>DL 432 T | 12SEP<br>THU | ATLANTA GA<br>W B HARTSFIELD<br>AIRCRAFT:<br>SEAT 35C CONFIRMED | TAMPA FL<br>TAMPA INTL<br>BOEING 767-300/300ER | 230P | 355P | |

AIR FARE 128.38 TAX 29.62 TOTAL USD 158.00
ADMINISTRATIVE FEE USD 30.00
ADDITIONAL FEES USD 0.00

INVOICE TOTAL USD 188.00

TICKET PAYMENT CREDIT CARD
MCO PAYMENT: CREDIT

RESERVATION NUMBER(S) DL/XLU44N

TICKET: DL/ETKT 006 7258206998
MCO: 890 1962962471

DL FREQUENT FLYER DL2003064892

PASSENGER TICKET AND BAGGAGE CHECK
SCN-S8924I1871766 INF0000077965 AN-BANNUM
ETKT PASSENGER RECEIPT
ARC
XXXXXXXXX BOARDING PASS 2
DELTA AIR LINES XXXXX
ABOVE AND BEYOND TRAVE/ LARGO FL 64201
LOWRY/DAVID ZL0J05/1A TA7TN08
**NOT VALID FOR** THIS IS YOUR RECEIPT 12SEP 12SEP
**TRANSPORTATION*
NONREFUNDABLE. CHANGE FEE MAY APPLY
FP AX3739931516Z3006/EXP0706 000032 FC TPA DL ATL64.19TA7TN08 DL TPA64.19TA7TN08 US D128.38END ZP TPA3ATL3XT6.00ZP9.00XF TPA4.5ATL4.5

LOWRY/DAVID
OTPAATLDL1036 T12SEP
UATLTPADL0432 T12SEP
********************
********************
********************
********************
********************
********************
********************
********************

USD 15.00XT
USD 128.38
USD 9.62US
USD 5.00AY 24118717685 0 006 7258206998 3
USD 158.00

NOT VALID FOR TRAVEL
0 006 7258206998 3

**Atlanta, Ga.**
**Receipt for Taxi Service**

Date 9-12-02

From Atlanta airport

To BWI

Cab No. ______

Driver's Name ______

Fare $ 14.00

*Thank You* Tax $ ______

Tips $ ______

TOTAL $ ______

REPUBLIC PARKING SYSTEM
TAMPA INTERNATIONAL AIRPORT
TOLLBOOTH PLAZA
TAMPA, FL. 33622
(813)870-8790

DATE: 09/12/02 — TERM 01

ACCOUNT NUMBER-AMEX 372264094245002 — EXP 0411 — TIME 16:19

SALE $10.00

AUTH# 554762 ROC # 5216 ID # 1601

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

Houlihan's
Hartsfield Airport Atrium
Atlanta, GA

Date: Sep 17 '02 12:13PM
Card Type: [illegible]
Acct #: [illegible]
Exp Date: 03-04
Auth Code: [illegible]
Check: 3120
Table: 68/1
Server: 1034 [illegible]
VSCA: Auto Driver
DAVID A LOWRY

Subtotal: 24.74

Tip 4.00

Total 28.74

Signature [signature]

I agree to pay above total amount according to my card issuer agreement

*** Customer Copy ***

7-13-00 Atlanta

Taxis 30.00
Parking 8.00
Food 6.50
Misc 5.00

Count 8

30.00
8.00
6.50
5.00
219.00

269.50

| | | | | | | |
|---|---|---|---|---|---|---|
| 501179-0 | 06/26 | 06/27 | RPS* AIRPORT PARKINGTAMPA 260067001 PARKING FEES | FL 06/26/00 | 40.00 | |
| 667181-0 | 06/20 | 06/29 | AMERICA WEST AIRLINESLARGO TKT# 40170T0322217 | FL 06/20 | 75.00 | |
| 659188-0 | 07/05 | 07/06 | TRAVEL AGENCY SERVICELARGO TKT# 8908106965005 | FL 07/05 | 15.00 | |
| 600188-0 | 07/05 | 07/06 | AIRTRAN COLLEGE PARK GA TKT# 9990007363872 | 188 07/05 | 219.00 | |
| | | | PAGE TOTAL | | 559.26 | .00 |
| | | | ACCOUNT TOTAL | | 833.63 | 1,034.16 |

YOUR CASH ADVANCE LIMIT IS $2000
AVAILABLE BALANCE FOR NEW CASH ADVANCE TRANSACTION IS $2000.

ACCOUNT GRACE PERIOD=STANDARD GRACE (SEE STATEMENT BACK FOR DETAILS).

Account Number 3739-921516-72008

Bill Closing Date 07-21-00

Charges

Credits

Page 3

Account Charges

TAMPA AIRPORT PARKING
(813) 870-8790

07/13/00 14:26 L# 1 A# 8 Txn#128050
07/13/00 06:25 In 07/13/00 14:28 Out
Tkt# 852855

| | |
|---|---|
| SHORT TERM | $ 8.43 |
| Total Tax | $ 0.57 |
| Total Fee | $ 9.00 |
| CASH PAID | $ 9.00- |
| Cash Tender | $ 100.00 |
| Change Due | $ 91.00 |

THANK YOU AND DRIVE SAFELY

**Atlanta, Ga.**
**Receipt for Taxi Service**

Date 7-13-00
From 3800 Camp Creek
To Airport
Cab No. ____
Driver's Signature ____
Fare $ ____
Tax $ ____
Tips $ ____
TOTAL $ 15—

**Atlanta, Ga.**
**Receipt for Taxi Service**

Date 7-13-00
From Airport
To 3800 Camp Creek
Cab No. ____
Driver's Signature ____
Fare $ ____
Tax $ ____
Tips $ ____
TOTAL $ 15—

PASSENGER TICKET AND BAGGAGE CHECK

SCN-8596742831552 AN-BANNUM

ETKT PASSENGER RECEIPT XXXXXXXX BOARDING PASS 1

ARC XXXXX

DELTA AIR LINES XXXXX A10564201 LOWRY/DAVID

ABOVE AND BEYOND TRAVEL LARGO FL 33774US16FEB01 0 TPAATLDL0301 H22FEB

LOWRY/DAVID ZHNSKL/1A MULTI 6 79064 0 ATLTPADL0457 M23FEB

**NOT VALID FOR** THIS IS YOUR RECEIPT ********************

**TRANSPORTATION* LD-LD ********************

NONREFUNDABLE CHANGE FEE MAY APPLY ********************

FP AX373993151672008/EXP0702 M 000032 EF CCAX EX 0067015654252 OR 0067015654252PIE130 ********************

CT0010564201 FC TPA DL ATL 181.86 145.12HR3TN DL TPA213.95HR0TN USD360.93END ZP TPA2.7 ********************

5ATL2.75XF TPA3ATL3 A/C USD159.50 ********************

********************

USD 6.00XF ********************

USD 360.93 XXXXXXXXXX NOT VALID FOR TRAVEL

USD 27.07US 67428315522 0 006 7022057110 1 0 006 7022057110 1

USD 5.50ZP

USD 399.50