IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-639C

(Filed: October 22, 2007)

| | |
|---|---|
| BANNUM, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time to file its reply in support of its motion for summary judgment. The motion for the extension, filed on October 19, 2007, requests an enlargement of six days, to and including October 29, 2007.

Good cause having been established, defendant's motion is GRANTED. Defendant shall file its reply in support of its motion for summary judgment on or before October 29, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge