**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BANNUM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 01-639C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY PARTIAL WITHDRAWAL OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

For considerations of judicial economy as explained below, plaintiff respectfully notifies the Court of it partial withdrawal of its pending motion for leave to file third amended complaint solely as it relates to Count 7.

On August 29, 2007, defendant filed a motion for partial summary judgment upon Counts 6 and 8 of the Second Amended Complaint. (See Docket # 185)

As part of its response, plaintiff sought leave to amend portions of Counts 6, 7, and 8 of the Second Amended Complaint. (See Docket # 189) The proposed amendment to Count 7 was unrelated to defendant's motion for partial summary judgment on Counts 6 and 8.

During oral argument on October 30, 2007, it became apparent that amendment of Count 7 was not necessary.

Based on the foregoing, and in the interests of judicial economy, plaintiff hereby withdraws the portion of its motion for leave to file a third amended complaint with respect to Count 7 only.

Dated: November 1, 2007

Respectfully Submitted,

/s/ Joseph A. Camardo, Jr.

Joseph A. Camardo, Jr.
Camardo Law Firm, P.C.
127 Genesee Street
Auburn, New York 13021
Tel: (315) 252–3846
Fax: (315) 252–3508

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 1st day of November, 2007, I caused to be served by mail (first class, postage prepaid) a copy of Plaintiff's Motion for Partial Voluntary Withdrawal of Motion for Leave to Amend, addressed as follows:

Devin A. Wolak, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

/s/ Sandy Oltz
Sandy Oltz