# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BANNUM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-639C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated January 23, 2008, the parties respectfully and jointly submit this joint status report.

The parties propose the pretrial schedule that appears immediately below. The parties agree upon most of the schedule. The only points of disagreement are: (1) the plaintiff would prefer to submit Appendix A, paragraph 14(d) proposed findings of fact in lieu of Appendix A, paragraph 14(a)&(b) pretrial memoranda, while the defendant would prefer to submit pretrial memoranda; and (2) the plaintiff would prefer to submit joint exhibits and stipulations prior to the pretrial conference, while the defendant would prefer to submit such items after the pretrial conference, after any objections concerning exhibits and witnesses have been resolved by the Court.

| Plaintiff's Proposed Task | Defendant's Proposed Task | Deadline |
|---|---|---|
| Exchange Witness Lists, Exhibit Lists and Exhibits | Exchange Witness Lists, Exhibit Lists and Exhibits | 7/3/2008 |
| Resolve, if possible, any objections to admission of testimony or exhibits | Meeting of Counsel (Appx. A, para. 13) | 7/18/2008 |

| | | |
|---|---|---|
| Engage in diligent efforts to stipulate and agree to facts about which the parties know or have reason that there can be no dispute for the purpose of simplifying issues at trial | | 7/18/2008 |
| Plaintiff's proposed findings of fact and conclusions of law including annotations to exhibits or witnesses on which the parties will rely to approve its findings (Appx. A, para. 14(d)) | Plaintiff's pretrial memorandum (Appx. A, para. 14(a)) | 8/18/2008 |
| Defendant's proposed findings of fact and conclusions of law including annotations to exhibits or witnesses on which the parties will rely to approve its findings (Appx. A, para. 14(d)) | Defendant's Pretrial Memorandum (Appx A., para. 14(b)) | 9/17/2008 |
| Joint submission of exhibit list and witness list | Pretrial Conference | 9/29/2008 |
| Pretrial conference | Filing Joint Exhibits and Trial Schedule | 10/6/2008 |
| Trial | Trial | 10/13/2008 |

The parties anticipate that trial will last two full weeks. The parties request that trial be held in Tampa, Florida. The parties have been, and will continue to engage in settlement negotiations as this schedule proceeds; the parties do not anticipate that such negotiations will impact their ability to adhere to this schedule (unless, of course, the parties reach a consensual resolution to the case, in which case the schedule would no longer be necessary).

As a justification for the proposed schedule, the defendant states as follows:

Because eight of the plaintiff's claims remain for trial in this case, all these claims are discrete, and all will require the Court to examine several documentary exhibits, the parties require adequate time to fully prepare their cases prior to the meeting of counsel (and contemporaneous exchange of all proposed exhibits).

In addition, counsel for the defendant has several previously scheduled activities in his other cases that will prevent him being able to fully prepare the defendant's case prior to the proposed date of July 18, 2008, including: conducting deposition discovery and a mediation in T.B. Penick & Sons v. United States, Fed. Cl. No. 06-463 (the mediation of plaintiff's 37 separate CDA claims is scheduled to begin June 3, 2008); preparing the Government's briefs in Wesley v. Treasury, Fed. Cir. No. 2008-3138 (due March 27, 2008), Bibey v. Peake, Fed. Cir. No. 2008-7070 (due April 1, 2008), Hogan v. Peake, Fed. Cir. No. 2007-7717 (due April 11, 2008), and Williams v. Army, Fed. Cir. No. 2008-3021 (due May 23, 2008); completing briefing and argument upon cross-motions for summary judgment in Fathauer, et al. v. United States, Fed. Cl. No. 07-279C (briefing concludes April 26, 2008); preparing a motion for summary judgment in KI Liquidation, Inc. v. United States, Fed. Cl. No. 06-465C (due June 30, 2008); and conducting discovery in Native American Contractors v. United States, Fed. Cl. No. 07-270C (fact discovery closes April 30, 2008), Philadelphia Authority for Industrial Development v. United States, Fed. Cl. No. 07-628C (fact discovery closes September 29, 2008), and Alvarez Engineering, Inc. v. United States, Fed. Cl. No. 07-656C (fact discovery closes September 30, 2008).

Finally, defense counsel will be out of the office between September 18 and September 29, 2008, for his wedding.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Joseph A. Camardo, Jr.
JOSEPH A. CAMARDO, JR.
Law Office of Joseph A. Camardo, Jr.
127 Genesee Street
Auburn, NY 13021
Tel. (315) 252-3846
Fax. (315) 252-3508

Attorney for Plaintiff

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644

Attorneys for Defendant

March 21, 2008

**CERTIFICATE OF FILING**

I hereby certify that on March 21, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak