IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-639C

(Filed: March 21, 2008)

| | |
|---|---|
| BANNUM, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

SCHEDULING ORDER

A telephonic status conference shall be held on April 23, 2008, commencing at 2:00 p.m. EDT to address the schedule for trial. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge