IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-639C

(Filed: April 23, 2008)

BANNUM, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

In light of the telephonic status conference held with the parties on April 23, 2008, the court adopts the following schedule for further proceedings in the case:

| Event | Deadline |
| --- | --- |
| Pre-trial conference | January 6, 2009 at 10:00 a.m. at the National Courts Building |
| Trial to commence | January 12, 2009 at 9:30 a.m. in Tampa, Florida |

Trial shall be scheduled for nine trial days, extending through January 23, 2009. The particular courtroom to be used for the pre-trial conference will be listed in the lobby of the courthouse on the day of the proceeding.

It is so ORDERED.

s/ Charles F. Lettow
Judge